# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BUILDING TRADES PENSION FUND OF WESTERN PENNSYLVANIA, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> AVANTOR, INC., MICHAEL STUBBLEFIELD, and R. BRENT JONES, <br><br> Defendants. | Case No. 2:25-cv-06187-GAM <br><br> Hon. Gerald A. McHugh <br> District Judge <br><br> <u>CLASS ACTION</u> <br><br> **ORAL ARGUMENT REQUESTED** |
| CITY OF PONTIAC REESTABLISHED GENERAL EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> AVANTOR, INC., MICHAEL STUBBLEFIELD, R. BRENT JONES, JONATHAN PEACOCK, and STEVEN ECK, <br><br> Defendants. | Case No. 2:25-cv-06686-GAM <br><br> Hon. Gerald A. McHugh <br> District Judge <br><br> <u>CLASS ACTION</u> |

**MOTION OF THE PENSION FUNDS FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF <u>SELECTION OF COUNSEL</u>**

Lead Plaintiff Movants Building Trades Pension Fund of Western Pennsylvania, City Pension Fund for Firefighters & Police Officers in the City of Miami Beach, City of Orlando Firefighters' Pension Fund, and City of Orlando Police Officers' Pension Fund (collectively, the "Pension Funds") respectfully move this Court for the entry of an Order: (1) consolidating the above-captioned, related actions pursuant to Rule 42(a) of the Federal Rules of Civil Procedure; (2) appointing the Pension Funds as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"); (3) approving the Pension Funds' selection of Kessler Topaz Meltzer & Check, LLP and Saxena White P.A. as Lead Counsel for the class; and (4) granting such other and further relief as the Court may deem just and proper.

This motion is made on the grounds that the Pension Funds are the "most adequate plaintiff" pursuant to the PSLRA. 15 U.S.C. § 78u-4(a)(3)(B).  In support of this Motion, the Pension Funds submit herewith a Memorandum of Law, the Declaration of Naumon A. Amjed and all exhibits attached thereto, the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court.

Dated: December 29, 2025

Respectfully submitted,

*s/ Naumon A. Amjed*
Naumon A. Amjed (PA #309520)
**KESSLER TOPAZ MELTZER
  & CHECK, LLP**
Darren J. Check (PA #86279)
Ryan T. Degnan (PA #309305)
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
namjed@ktmc.com
dcheck@ktmc.com
rdegnan@ktmc.com

**SAXENA WHITE P.A.**
Maya Saxena (*pro hac vice* motion
forthcoming)
Lester R. Hooker (*pro hac vice* motion
forthcoming)
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Telephone: (561) 394-3399
Facsimile: (561) 394-3382
msaxena@saxenawhite.com
lhooker@saxenawhite.com

-and-

Marco A. Dueñas (*pro hac vice* motion
forthcoming)
10 Bank Street, Suite 882
White Plains, NY 10606
Telephone: (914) 437-8551
Facsimile: (888) 631-3611
mduenas@saxenawhite.com

*Counsel for Proposed Lead Plaintiff the
Pension Funds and Proposed Lead Counsel
for the Class*

**CERTIFICATE OF SERVICE**

I, Naumon A. Amjed, hereby certify that on December 29, 2025, I caused a true and correct copy of the foregoing Motion of the Pension Funds for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Selection of Counsel to be filed electronically with the Clerk of the Court using the ECF system, and it is available for viewing and downloading from the ECF system. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.

s/ Naumon A. Amjed
Naumon A. Amjed (PA #309520)
**KESSLER TOPAZ MELTZER & CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
namjed@ktmc.com

*Counsel for Proposed Lead Plaintiff the Pension Funds and Proposed Lead Counsel for the Class*

3