**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| BUILDING TRADES PENSION FUND OF WESTERN PENNSYLVANIA, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> AVANTOR, INC., MICHAEL STUBBLEFIELD, and R. BRENT JONES, <br><br> Defendants. | Case No. 2:25-cv-06187-GAM <br><br> Hon. Gerald A. McHugh <br> District Judge <br><br> <u>CLASS ACTION</u> <br><br> **ORAL ARGUMENT REQUESTED** |
| CITY OF PONTIAC REESTABLISHED GENERAL EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> AVANTOR, INC., MICHAEL STUBBLEFIELD, R. BRENT JONES, JONATHAN PEACOCK, and STEVEN ECK, <br><br> Defendants. | Case No. 2:25-cv-06686-GAM <br><br> Hon. Gerald A. McHugh <br> District Judge <br><br> <u>CLASS ACTION</u> |

**DECLARATION OF NAUMON A. AMJED IN SUPPORT OF THE MOTION OF THE PENSION FUNDS FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

I, Naumon A. Amjed, declare as follows:

1.      I am a member in good standing of the bar of the Commonwealth of Pennsylvania and am admitted to practice before this Court.  I am a partner at the law firm of Kessler Topaz Meltzer & Check, LLP ("Kessler Topaz").  I submit this Declaration in support of the motion filed by Lead Plaintiff Movants Building Trades Pension Fund of Western Pennsylvania, City Pension Fund for Firefighters & Police Officers in the City of Miami Beach, City of Orlando Firefighters' Pension Fund, and City of Orlando Police Officers' Pension Fund (collectively, the "Pension Funds") for consolidation of the above-captioned, related actions, appointment as Lead Plaintiff, and approval of their selection of Kessler Topaz and Saxena White P.A. ("Saxena White") to serve as Lead Counsel for the class.  Unless otherwise indicated, I have personal knowledge of the facts stated in this Declaration, and if called upon to do so, could and would competently testify thereto.

2.      Attached hereto are true and correct copies of the following exhibits:

Exhibit A:    Sworn certifications of the Pension Funds pursuant to the Private Securities Litigation Reform Act of 1995;

Exhibit B:    Charts of the Pension Funds' transactions and losses in Avantor, Inc. common stock during the Class Period;

Exhibit C:    Joint Declaration  in Support of the Motion of the Pension Funds for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Selection of Counsel;

Exhibit D:    Notice of pendency of *Building Trades Pension Fund of Western Pennsylvania v. Avantor, Inc., et al.*, No.  2:25-cv-06187-GAM (E.D. Pa.), published on October 30, 2025, in *Business Wire*;

Exhibit E:    Firm Profile of Kessler Topaz; and

Exhibit F:    Firm Résumé of Saxena White.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my

knowledge.

Executed this 29th day of December 2025.

*s/ Naumon A. Amjed*

Naumon A. Amjed (PA #309520)
**KESSLER TOPAZ MELTZER
 & CHECK, LLP**
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
namjed@ktmc.com

*Counsel for Proposed Lead Plaintiff the
Pension Funds and Proposed Lead Counsel
for the Class*

## CERTIFICATE OF SERVICE

I, Naumon A. Amjed, hereby certify that on December 29, 2025, I caused a true and correct copy of the foregoing Declaration of Naumon A. Amjed in Support of the Motion of the Pension Funds for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Selection of Counsel to be filed electronically with the Clerk of the Court using the ECF system, and it is available for viewing and downloading from the ECF system.  Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.

*s/ Naumon A. Amjed*
Naumon A. Amjed (PA #309520)
**KESSLER TOPAZ MELTZER
 & CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
namjed@ktmc.com

*Counsel for Proposed Lead Plaintiff the Pension
Funds and Proposed Lead Counsel for the Class*

3