# EXHIBIT A

**CERTIFICATION**

Building Trades Pension Fund of Western Pennsylvania ("Plaintiff") declares, as to the claims asserted under the federal securities laws, that:

1.      Plaintiff did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any private action.

2.      Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

3.      Plaintiff's Class Period transactions in the Avantor, Inc. securities that are the subject of this action are attached in Schedule A.

4.      Plaintiff has full power and authority to bring suit and recover for its investment losses.

5.      Plaintiff has fully reviewed the facts and allegations of the complaint it previously filed in this action and has authorized the filing of the motion for appointment as lead plaintiff on its behalf in this action.

6.      I, William Greer, Trustee of Building Trades Pension Fund of Western Pennsylvania, am authorized to make legal decisions, and execute this certification, on behalf of Plaintiff.

7.      Plaintiff intends to actively monitor and vigorously pursue this action for the benefit of the class.

8.      Plaintiff will endeavor to provide fair and adequate representation and work directly with the efforts of class counsel to ensure that the largest recovery for the class consistent with good faith and meritorious judgment is obtained.

9.      Plaintiff is currently serving as a representative party for a class action filed under the federal securities laws during the three years prior to the date of this Certification in *Building Trades Pension Fund of Western Pennsylvania v. Avantor, Inc., et al.*, No. 25-cv-06187 (E.D. Pa.) (filed initial complaint).

10.     Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of December 2025.

By: _____
William Greer
Trustee
Building Trades Pension Fund of Western
Pennsylvania

**SCHEDULE A**

| Security | Buy/Sell | Date | Quantity | Price |
|---|---|---|---|---|
| Common Stock | Buy | 7/25/2024 | 2,982 | $22.9443 |
| Common Stock | Buy | 7/25/2024 | 3,582 | $22.9027 |
| Common Stock | Buy | 7/25/2024 | 5,517 | $22.8181 |
| Common Stock | Buy | 7/29/2024 | 2,963 | $26.1919 |
| Common Stock | Buy | 3/18/2025 | 2,227 | $16.7845 |
| Common Stock | Sell | 8/28/2024 | 1,377 | $25.6000 |
| Common Stock | Sell | 10/25/2024 | 1,373 | $22.6628 |
| Common Stock | Sell | 2/25/2025 | 1,450 | $17.4762 |
| Common Stock | Sell | 5/23/2025 | 828 | $12.5194 |
| Common Stock | Sell | 6/26/2025 | 1,891 | $13.6450 |
| Common Stock | Sell | 6/26/2025 | 4,766 | $13.6654 |
| Common Stock | Sell | 6/26/2025 | 671 | $13.6050 |
| Common Stock | Sell | 6/26/2025 | 4,915 | $13.6836 |

## CERTIFICATION AND AUTHORIZATION

I, Donna Brito, as Executive Director of the City Pension Fund for Firefighters & Police Officers in the City of Miami Beach ("Miami Beach F&P"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I have reviewed a complaint filed against Avantor, Inc. ("Avantor") alleging violations of the federal securities laws. I am authorized in my capacity as Executive Director of Miami Beach F&P to initiate litigation and to execute this Certification on behalf of Miami Beach F&P. I have authorized the filing of a motion for lead plaintiff appointment in this action or any related actions on behalf of Miami Beach F&P.

2. Miami Beach F&P did not purchase the securities that are the subject of this action at the direction of counsel, or in order to participate in any action arising under the federal securities laws.

3. Miami Beach F&P is willing to serve as a lead plaintiff and representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary.

4. Miami Beach F&P's transactions in Avantor common stock during the Class Period are set forth in the attached Schedule A.

5. Miami Beach F&P has sought to serve and was appointed as lead plaintiff and/or representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification:

   *In re Fiserv, Inc. Securities Litig.*, No. 1:25-cv-6094 (S.D.N.Y.); and

   *In re ASML Holding N.V. Sec. Litig.*, No. 1:24-cv-8664 (S.D.N.Y.).

6. Miami Beach F&P has sought to serve as a lead plaintiff or representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification, but either withdrew its motion for lead plaintiff appointment, was not appointed lead plaintiff, or the lead plaintiff decision is still pending: *None*.

7. Miami Beach F&P will not accept any payment for serving as a representative party on behalf of the Class beyond Miami Beach F&P's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

1

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __3__ day of December, 2025.

*City Pension Fund for Firefighters & Police Officers in the City of Miami Beach*

Donna Brito, Executive Director

2

## SCHEDULE A
### City Pension Fund for Firefighters & Police Officers in the City of Miami Beach
### Transactions in Avantor, Inc.

| Common Stock Purchases | | |
|---|---|---|
| Date | Shares | Price |
| 07/25/24 | 29,510 | $22.8200 |
| 11/25/24 | 186 | $21.1000 |
| 03/21/25 | 279 | $16.5400 |

| Common Stock Sales | | |
|---|---|---|
| Date | Shares | Price |
| 09/20/24 | 438 | $26.9900 |
| 09/30/24 | 62 | $25.8700 |
| 10/10/24 | 68 | $24.4700 |
| 11/22/24 | 116 | $20.7800 |
| 01/31/25 | 47 | $22.2800 |
| 03/05/25 | 75 | $15.7500 |
| 04/30/25 | 44 | $12.9900 |
| 05/21/25 | 15 | $12.5500 |
| 09/19/25 | 289 | $12.5000 |

3

## CERTIFICATION AND AUTHORIZATION

I, Shannon Hicks, as Executive Director of the City of Orlando Firefighters' Pension Fund ("Orlando Firefighters"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I have reviewed a complaint filed against Avantor, Inc. ("Avantor") alleging violations of the federal securities laws. I am authorized in my capacity as Executive Director of Orlando Firefighters to initiate litigation and to execute this Certification on behalf of Orlando Firefighters. I have authorized the filing of a motion for lead plaintiff appointment in this action or any related actions on behalf of Orlando Firefighters.

2. Orlando Firefighters did not purchase the securities that are the subject of this action at the direction of counsel, or in order to participate in any action arising under the federal securities laws.

3. Orlando Firefighters is willing to serve as a lead plaintiff and representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary.

4. Orlando Firefighters' transactions in Avantor common stock during the Class Period are set forth in the attached Schedule A.

5. Orlando Firefighters has sought to serve and was appointed as lead plaintiff and/or representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification:

   *Operating Eng'rs Constr. Indus. & Misc. Pension Fund v. Neogen Corp.*, No. 1:25-cv-0802 (W.D. Mich.); and

   *Prime v. Manhattan Assocs., Inc.*, No. 1:25-cv-0992 (N.D. Ga.).

6. Orlando Firefighters has sought to serve as a lead plaintiff or representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification, but either withdrew its motion for lead plaintiff appointment, was not appointed lead plaintiff, or the lead plaintiff decision is still pending: *None*.

7. Orlando Firefighters will not accept any payment for serving as a representative party on behalf of the Class beyond Orlando Firefighters' pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _____ day of December, 2025.

*City of Orlando Firefighters' Pension Fund*

Shannon Hicks, Executive Director

2

| SCHEDULE A |
| :-: |
| **City of Orlando Firefighters' Pension Fund** |
| **Transactions in Avantor, Inc.** |

| Common Stock Purchases | | |
| :-: | :-: | :-: |
| **Date** | **Shares** | **Price** |
| 07/12/24 | 2,059.66 | $20.7373 |
| 07/15/24 | 2,478.90 | $20.8810 |
| 07/16/24 | 698.61 | $21.1872 |
| 07/17/24 | 114.04 | $21.2450 |
| 07/17/24 | 3,553.94 | $21.3738 |

| Common Stock Sales | | |
| :-: | :-: | :-: |
| **Date** | **Shares** | **Price** |
| 04/28/25 | 1,923.85 | $12.4194 |
| 04/29/25 | 1,861.48 | $12.6012 |
| 04/30/25 | 1,514.21 | $12.8197 |
| 05/01/25 | 1,123.02 | $12.9770 |
| 05/02/25 | 851.77 | $12.8950 |
| 05/05/25 | 287.49 | $12.6977 |
| 05/05/25 | 714.85 | $12.6614 |
| 05/06/25 | 628.49 | $12.2369 |

3

## CERTIFICATION AND AUTHORIZATION

I, Shannon Hicks, as Executive Director of the City of Orlando Police Officers' Pension Fund ("Orlando Police"), hereby certify, as to the claims asserted under the federal securities laws, that:

1.  I have reviewed a complaint filed against Avantor, Inc. ("Avantor") alleging violations of the federal securities laws. I am authorized in my capacity as Executive Director of Orlando Police to initiate litigation and to execute this Certification on behalf of Orlando Police. I have authorized the filing of a motion for lead plaintiff appointment in this action or any related actions on behalf of Orlando Police.

2.  Orlando Police did not purchase the securities that are the subject of this action at the direction of counsel, or in order to participate in any action arising under the federal securities laws.

3.  Orlando Police is willing to serve as a lead plaintiff and representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary.

4.  Orlando Police's transactions in Avantor common stock during the Class Period are set forth in the attached Schedule A.

5.  Orlando Police has sought to serve and was appointed as lead plaintiff and/or representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification:

    *Operating Eng'rs Constr. Indus. & Misc. Pension Fund v. Neogen Corp.*, No. 1:25-cv-0802 (W.D. Mich.); and

    *Prime v. Manhattan Assocs., Inc.*, No. 1:25-cv-0992 (N.D. Ga.).

6.  Orlando Police has sought to serve as a lead plaintiff or representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification, but either withdrew its motion for lead plaintiff appointment, was not appointed lead plaintiff, or the lead plaintiff decision is still pending:

    *City of Orlando Police Officers' Pension Fund v. Five Below, Inc.*, No. 2:24-cv-4905 (E.D. Pa.) (filed complaint).

7.  Orlando Police will not accept any payment for serving as a representative party on behalf of the Class beyond Orlando Police's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

1

I declare under penalty of perjury that the foregoing is true and correct.

Executed this ⸺ day of December, 2025.

*City of Orlando Police Officers' Pension Fund*

Shannon Hicks, Executive Director

2

**SCHEDULE A**
**City of Orlando Police Officers' Pension Fund**
**Transactions in Avantor, Inc.**

| Common Stock Purchases | | |
|---|---|---|
| **Date** | **Shares** | **Price** |
| 07/12/24 | 2,841.47 | $20.7373 |
| 07/15/24 | 3,419.84 | $20.8810 |
| 07/16/24 | 963.79 | $21.1872 |
| 07/17/24 | 157.32 | $21.2450 |
| 07/17/24 | 4,902.94 | $21.3738 |
| 11/22/24 | 1,680.00 | $20.4526 |
| 11/22/24 | 190.00 | $20.6645 |
| 11/22/24 | 2,415.00 | $20.6384 |
| 11/22/24 | 2,081.00 | $20.7972 |
| 12/04/24 | 1,263.00 | $21.2391 |
| 12/05/24 | 1,124.00 | $20.9452 |
| 12/05/24 | 3,369.00 | $20.9050 |
| 12/06/24 | 3,429.00 | $21.2258 |
| 12/06/24 | 290.00 | $21.2365 |
| 12/09/24 | 101.00 | $22.0750 |
| 12/09/24 | 3,758.00 | $22.0606 |

| Common Stock Sales | | |
|---|---|---|
| **Date** | **Shares** | **Price** |
| 04/17/24 | 129.00 | $24.4350 |
| 04/17/24 | 977.00 | $24.2210 |
| 04/17/24 | 66.00 | $24.1651 |
| 04/17/24 | 1,114.00 | $24.2326 |
| 04/17/24 | 1,880.00 | $24.3064 |
| 04/17/24 | 21.00 | $24.2950 |
| 04/28/25 | 2,654.11 | $12.4194 |
| 04/29/25 | 2,568.06 | $12.6012 |
| 04/30/25 | 2,088.97 | $12.8197 |
| 05/01/25 | 1,549.29 | $12.9770 |
| 05/02/25 | 1,175.08 | $12.8950 |
| 05/05/25 | 396.61 | $12.6977 |
| 05/05/25 | 986.19 | $12.6614 |
| 05/06/25 | 867.05 | $12.2369 |
| 06/03/25 | 170.00 | $12.8964 |