# EXHIBIT B

**Avantor, Inc.**
**Building Trades Pension Fund of Western Pennsylvania**
Class Period: 03/05/24 to 10/28/25
Lookback Price: $11.3555 (10/29/25 - 12/29/25)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Holdings | | 0 | | | | | | | |
| | | | | | Applied to Pre-Class Holdings: | | 0 | | $0.00 |
| | | | | | Sale | 08/28/24 | 1,377 | $25.6000 | $35,251.20 |
| | | | | | Sale | 10/25/24 | 1,373 | $22.6628 | $31,116.02 |
| | | | | | Sale | 02/25/25 | 1,450 | $17.4762 | $25,340.49 |
| | | | | | Sale | 05/23/25 | 828 | $12.5194 | $10,366.06 |
| | | | | | Sale | 06/26/25 | 1,891 | $13.6450 | $25,802.70 |
| Purchase | 07/25/24 | 2,982 | $22.9443 | $68,419.90 | Sale | 06/26/25 | 4,766 | $13.6654 | $65,129.30 |
| Purchase | 07/25/24 | 3,582 | $22.9027 | $82,037.47 | Sale | 06/26/25 | 671 | $13.6050 | $9,128.96 |
| Purchase | 07/25/24 | 5,517 | $22.8181 | $125,887.46 | Sale | 06/26/25 | 4,915 | $13.6836 | $67,254.89 |
| Purchase | 07/29/24 | 2,963 | $26.1919 | $77,606.60 | | | | | |
| Purchase | 03/18/25 | 2,227 | $16.7845 | $37,379.08 | Retained | | 0 | $11.3555 | $0.00 |
| | | **17,271** | | **$391,330.51** | | | **17,271** | | **$269,389.62** |

**LIFO Gain/(Loss) for Building Trades Pension Fund of Western Pennsylvania:** **($121,940.89)**

**Avantor, Inc.**
**City Pension Fund for Firefighters & Police Officers in the City of Miami Beach**
Class Period: 03/05/24 to 10/28/25
Lookback Price: $11.3555 (10/29/25 - 12/29/25)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Holdings | | 0 | | | | | | | |
| | | | | | Applied to Pre-Class Holdings: | | 0 | | $0.00 |
| | | | | | Sale | 09/20/24 | 438 | $26.9900 | $11,821.62 |
| | | | | | Sale | 09/30/24 | 62 | $25.8700 | $1,603.94 |
| | | | | | Sale | 10/10/24 | 68 | $24.4700 | $1,663.96 |
| | | | | | Sale | 11/22/24 | 116 | $20.7800 | $2,410.48 |
| | | | | | Sale | 01/31/25 | 47 | $22.2800 | $1,047.16 |
| | | | | | Sale | 03/05/25 | 75 | $15.7500 | $1,181.25 |
| | | | | | Sale | 04/30/25 | 44 | $12.9900 | $571.56 |
| | | | | | Sale | 05/21/25 | 15 | $12.5500 | $188.25 |
| Purchase | 07/25/24 | 29,510 | $22.8200 | $673,418.20 | Sale | 09/19/25 | 289 | $12.5000 | $3,612.50 |
| Purchase | 11/25/24 | 186 | $21.1000 | $3,924.60 | | | | | |
| Purchase | 03/21/25 | 279 | $16.5400 | $4,614.66 | Retained | | 28,821 | $11.3555 | $327,276.18 |
| | | **29,975** | | **$681,957.46** | | | **29,975** | | **$351,376.90** |

**LIFO Gain/(Loss) for City Pension Fund for Firefighters & Police Officers in the City of Miami Beach:** **($330,580.56)**

**Avantor, Inc.**
**City of Orlando Firefighters' Pension Fund**
Class Period: 03/05/24 to 10/28/25
Lookback Price: $11.3555 (10/29/25 - 12/29/25)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Holdings | | 0.00 | | | | | | | |
| | | | | | Applied to Pre-Class Holdings: | | 0.00 | | $0.00 |
| | | | | | Sale | 04/28/25 | 1,923.85 | $12.4194 | $23,893.10 |
| | | | | | Sale | 04/29/25 | 1,861.48 | $12.6012 | $23,456.93 |
| | | | | | Sale | 04/30/25 | 1,514.21 | $12.8197 | $19,411.70 |
| | | | | | Sale | 05/01/25 | 1,123.02 | $12.9770 | $14,573.39 |
| | | | | | Sale | 05/02/25 | 851.77 | $12.8950 | $10,983.52 |
| Purchase | 07/12/24 | 2,059.66 | $20.7373 | $42,711.86 | Sale | 05/05/25 | 287.49 | $12.6977 | $3,650.45 |
| Purchase | 07/15/24 | 2,478.90 | $20.8810 | $51,761.98 | Sale | 05/05/25 | 714.85 | $12.6614 | $9,050.98 |
| Purchase | 07/16/24 | 698.61 | $21.1872 | $14,801.59 | Sale | 05/06/25 | 628.49 | $12.2369 | $7,690.78 |
| Purchase | 07/17/24 | 114.04 | $21.2450 | $2,422.70 | | | | | |
| Purchase | 07/17/24 | 3,553.94 | $21.3738 | $75,961.27 | Retained | | 0.00 | $11.3555 | $0.00 |
| | | **8,905.16** | | **$187,659.39** | | | **8,905.16** | | **$112,710.84** |

**LIFO Gain/(Loss) for City of Orlando Firefighters' Pension Fund:    ($74,948.55)**

**Avantor, Inc.**
**City of Orlando Police Officers' Pension Fund**
Class Period: 03/05/24 to 10/28/25
Lookback Price: $11.3555 (10/29/25 - 12/29/25)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Holdings | | 40,085.00 | | | | | | | |
| | | | | | Sale | 04/17/24 | 129.00 | $24.4350 | $3,152.12 |
| | | | | | Sale | 04/17/24 | 977.00 | $24.2210 | $23,663.92 |
| | | | | | Sale | 04/17/24 | 66.00 | $24.1651 | $1,594.90 |
| | | | | | Sale | 04/17/24 | 1,114.00 | $24.2326 | $26,995.12 |
| | | | | | Sale | 04/17/24 | 1,880.00 | $24.3064 | $45,696.03 |
| | | | | | Sale | 04/17/24 | 21.00 | $24.2950 | $510.20 |
| | | | | | Applied to Pre-Class Holdings: | | 4,187.00 | | $101,612.27 |
| Purchase | 07/12/24 | 2,841.47 | $20.7373 | $58,924.36 | | | | | |
| Purchase | 07/15/24 | 3,419.84 | $20.8810 | $71,409.71 | | | | | |
| Purchase | 07/16/24 | 963.79 | $21.1872 | $20,419.96 | | | | | |
| Purchase | 07/17/24 | 157.32 | $21.2450 | $3,342.30 | | | | | |
| Purchase | 07/17/24 | 4,902.94 | $21.3738 | $104,794.55 | | | | | |
| Purchase | 11/22/24 | 1,680.00 | $20.4526 | $34,360.37 | Sale | 04/28/25 | 2,654.11 | $12.4194 | $32,962.41 |
| Purchase | 11/22/24 | 190.00 | $20.6645 | $3,926.26 | Sale | 04/29/25 | 2,568.06 | $12.6012 | $32,360.68 |
| Purchase | 11/22/24 | 2,415.00 | $20.6384 | $49,841.74 | Sale | 04/30/25 | 2,088.97 | $12.8197 | $26,779.97 |
| Purchase | 11/22/24 | 2,081.00 | $20.7972 | $43,278.97 | Sale | 05/01/25 | 1,549.29 | $12.9770 | $20,105.13 |
| Purchase | 12/04/24 | 1,263.00 | $21.2391 | $26,824.98 | Sale | 05/02/25 | 1,175.08 | $12.8950 | $15,152.62 |
| Purchase | 12/05/24 | 1,124.00 | $20.9452 | $23,542.40 | Sale | 05/05/25 | 396.61 | $12.6977 | $5,036.09 |
| Purchase | 12/05/24 | 3,369.00 | $20.9050 | $70,428.95 | Sale | 05/05/25 | 986.19 | $12.6614 | $12,486.54 |
| Purchase | 12/06/24 | 3,429.00 | $21.2258 | $72,783.27 | Sale | 05/06/25 | 867.05 | $12.2369 | $10,610.03 |
| Purchase | 12/06/24 | 290.00 | $21.2365 | $6,158.59 | Sale | 06/03/25 | 170.00 | $12.8964 | $2,192.39 |
| Purchase | 12/09/24 | 101.00 | $22.0750 | $2,229.58 | | | | | |
| Purchase | 12/09/24 | 3,758.00 | $22.0606 | $82,903.73 | Retained | | 19,530.00 | $11.3555 | $221,772.45 |
| | | **31,985.36** | | **$675,169.70** | | | **31,985.36** | | **$379,458.31** |

LIFO Gain/(Loss) for City of Orlando Police Officers' Pension Fund:     **($295,711.40)**

| Institutional Investors | Shares Purchased | Net Shares Purchased/ (Sold) | Net Funds Received / (Expended) | LIFO Gain / (Loss) |
|---|---|---|---|---|
| Building Trades Pension Fund of Western Pennsylvania | 17,271 | 0 | ($121,940.89) | ($121,940.89) |
| City Pension Fund for Firefighters & Police Officers in the City of Miami Beach | 29,975 | 28,821 | ($657,856.74) | ($330,580.56) |
| City of Orlando Pension Funds | 40,890.52 | 15,343.00 | ($490,820.12) | ($370,659.95) |
| City of Orlando Firefighters' Pension Fund | 8,905.16 | 0.00 | ($74,948.55) | ($74,948.55) |
| City of Orlando Police Officers' Pension Fund | 31,985.36 | 15,343.00 | ($415,871.57) | ($295,711.40) |
| **Grand total** | **88,136.52** | **44,164.00** | **($1,270,617.76)** | **($823,181.40)** |