**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| BUILDING TRADES PENSION FUND OF WESTER PENNSYLVANIA, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> AVANTOR, INC. MICHAEL STUBBLEFIELD, and R. BRENT JONES, <br><br> Defendants. | Case No. 2:25-cv-06187 <br><br> <u>CLASS ACTION</u> |
| CITY OF PONTIAC REESTABLISHED GENERAL EMPLOYEE'S RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> AVANTOR, INC. MICHAEL STUBBLEFIELD, R. BRENT JONES, JONATHAN PEACOCK, and STEVEN ECK, <br><br> Defendants. | Case No. 2:25-cv-06686 <br><br> <u>CLASS ACTION</u> |

**THE INSTITUTIONAL INVESTORS' MOTION FOR APPOINTMENT AS LEAD PLAINTIFFS, APPROVAL OF SELECTION OF CO-LEAD COUNSEL, AND <u>CONSOLIDATION OF THE RELATED ACTIONS</u>**

MercLan S.A. (MercLan - Very Defensive Portfolio, MercLan - Growth Portfolio, MercLan - Defensive Portfolio, MercLan - Balanced Portfolio), MercLan Institutional Fund (MercLan - Institutional Equity Fund DBI-RDT), and Kempen International Funds (Kempen International Funds - MercLan Global Equity, Kempen International Funds - MercLan Patrimonium) (collectively, "MercLan/Kempen Funds") and Macomb County Employees' Retirement System ("Macomb County," and together with the MercLan/Kempen Funds, the "Institutional Investors"), by and through their counsel, respectfully move this Court, pursuant to pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA") and Rule 42(a) of the Federal Rules of Civil Procedure, for an order: (i) appointing the Institutional Investors as Lead Plaintiffs; (ii) approving their selection of DiCello Levitt LLP ("DiCello Levitt") and Labaton Keller Sucharow LLP ("Labaton") as Co-Lead Counsel for the proposed Class; (iii) consolidating of the above-captioned securities class actions (the "Related Actions"); and (iv) granting such other and further relief as the Court may deem just and proper (the "Motion").

This Motion is made on the grounds that the Institutional Investors believe that they are the "most adequate plaintiff" under the PSLRA and should therefore be appointed Lead Plaintiffs. Specifically, the Institutional Investors believe they have the "largest financial interest" in the relief sought by the Class in this action by virtue of, among other things, their more than $28 million in losses, as calculated on a last-in, first-out basis, that they incurred on their purchases of Avantor, Inc. common stock from March 5, 2024 through October 28, 2025 ("Class Period"). The Institutional Investors also otherwise satisfy the requirements of Rule 23 of the Federal Rules of Civil Procedure because their claims are typical of other Class members' claims and because they will fairly and adequately represent the interests of the Class. Moreover, the Institutional Investors

1

are sophisticated institutional investors with a substantial financial stake in the litigation –

precisely the sort of investors Congress intended to supervise securities litigation when it enacted

the PSLRA.

This Motion is supported by the accompanying Memorandum of Law, the Declaration of

John C. Coyle and exhibits thereto, the pleadings and other filings herein, and such other written

or oral argument as may be permitted by the Court.

WHEREFORE, the Institutional Investors respectfully request that the Court: (i) appoint

the Institutional Investors to serve as Lead Plaintiffs; (ii) approve the Institutional Investors'

selection of DiCello Levitt and Labaton as Co-Lead Counsel for the Class; (iii) consolidate the

above-captioned actions; and (iv) grant any such further relief as the Court may deem just and

proper.

Dated: December 29, 2025

*s/ John C. Coyle*

JOHN C. COYLE

John C. Coyle (PA# 334759)
Francis P. McConville
Connor C. Boehme
**LABATON KELLER SUCHAROW LLP**
140 Broadway
New York, NY 10005
Tel.: (212) 907-0700
jcoyle@labaton.com
fmcconville@labaton.com
cboehme@labaton.com

Henry Rosen (*pro hac vice* forthcoming)
Brian O. O'Mara (*pro hac vice* forthcoming)
Steven M. Jodlowski (*pro hac vice* forthcoming)
**DiCELLO LEVITT LLP**
4747 Executive Drive, Suite 240
San Diego, CA 92121
Tel.: (619) 923-3939
hrosen@dicellolevitt.com
briano@dicellolevitt.com
stevej@dicellolevitt.com

Roxana Pierce (*pro hac vice* forthcoming)
**DiCELLO LEVITT LLP**
801 17th Street, NW, Suite 430
Washington, DC 20006
Tel.: (202) 975-2288
rpierce@dicellolevitt.com

*Proposed Co-Lead Counsel for Lead Plaintiffs and
the Proposed Class*

Thomas C. Michaud
Aaron L. Castle
**VANOVERBEKE MICHAUD
& TIMMONY P.C.**
79 Alfred Street
Detroit, MI 48201
Tel.: (313) 578-1200
tmichaud@vmtlaw.com
acastle@vmtlaw.com

*Additional Counsel for Macomb County
Employees' Retirement System*

3

## CERTIFICATE OF SERVICE

I certify that on December 29, 2025 I electronically filed the foregoing document(s) and that they are available for viewing and downloading from the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*s/ John C. Coyle*
JOHN C. COYLE

**LABATON KELLER SUCHAROW LLP**
140 Broadway
New York, NY 10005
Tel.: (212) 907-0700
jcoyle@labaton.com
