**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| BUILDING TRADES PENSION FUND OF WESTER PENNSYLVANIA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>AVANTOR, INC. MICHAEL STUBBLEFIELD, and R. BRENT JONES,<br><br>Defendants. | Case No. 2:25-cv-06187<br><br>CLASS ACTION |
| CITY OF PONTIAC REESTABLISHED GENERAL EMPLOYEE'S RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>AVANTOR, INC. MICHAEL STUBBLEFIELD, R. BRENT JONES, JONATHAN PEACOCK, and STEVEN ECK,<br><br>Defendants. | Case No. 2:25-cv-06686<br><br>CLASS ACTION |

**DECLARATION OF JOHN C. COYLE IN SUPPORT OF THE INSTITUTIONAL INVESTORS' MOTION FOR APPOINTMENT AS LEAD PLAINTIFFS, APPROVAL OF SELECTION OF CO-LEAD COUNSEL, AND CONSOLIDATION OF THE RELATED ACTIONS**

I, John C. Coyle, declare as follows:

I am an attorney duly licensed to practice before the courts of the State of Pennsylvania and this Court. I am an attorney associated with the law firm Labaton Keller Sucharow LLP ("Labaton"), counsel for the Institutional Investors and proposed co-Lead Counsel for the proposed Class in the above-captioned matters. I make this declaration in support of the Institutional Investors' motion for: (i) appointment as Lead Plaintiffs; (ii) approval of their selection of DiCello Levitt LLP ("DiCello Levitt") and Labaton as Co-Lead Counsel for the proposed Class; (iii) consolidation of the above-captioned Related Actions; and (iv) any such further relief as the Court may deem just and proper (the "Motion"). I have personal knowledge of the matters stated herein, and, if called upon, I could and would competently testify thereto.

Attached are true and correct copies of the following exhibits:

Exhibit A:   Notice of Pendency of the first-filed action, *Building Trades Pension Fund of Western Pennsylvania v. Avantor, Inc. et al.*, No. 2:25-cv-06187-GAM (E.D. Pa., filed Oct. 30, 2025), published on *Business Wire* on October 30, 2025;

Exhibit B:   Sworn Certifications of the Institutional Investors pursuant to the Private Securities Litigation Reform Act;

Exhibit C:   Charts of the Institutional Investors' estimated losses, prepared by counsel;

Exhibit D:   The Institutional Investors' Joint Declaration;*

Exhibit E:   *Saleh v. AstraZeneca PLC, et al.*, No. 2:24-cv-11021-JFW-AS, Minute Order, ECF. 40 (C.D. Cal. Mar. 21, 2025);

Exhibit F:   DiCello Levitt LLP firm résumé;

Exhibit G:   Labaton Keller Sucharow LLP firm résumé;

Exhibit H:   Declaration of Cathy Arendt; and

Exhibit I:   Declarations of Johan Verbist.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 29th day of December 2025, at New York, New York.



*s/ John C. Coyle*
JOHN C. COYLE

* Verification of Qualified Electronic Signature pursuant to EU Regulation 910/2014 maintained by and available from counsel.