# Exhibit B

## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

Mercier Van Lanschot, by Frédéric Van Doosselaere, Member of the Management Committee, and Axelle Van den broeck, Head of Legal, for and on behalf of Kempen International Funds (Kempen International Funds - MercLan Global Equity, Kempen International Funds - MercLan Patrimonium) ("KIF") declare:

1.      We are fully authorized to enter into and execute this Certification on KIF's behalf.

2.      KIF has reviewed a complaint filed in this matter and authorized the filing of a motion.

3.      KIF did not acquire the security that is the subject of this action at the direction of counsel or in order to participate in this private action or any other litigation under the federal securities laws.

4.      KIF is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

5.      KIF has made the following transaction(s) during the Class Period in the securities that are the subject of this action.  *See* attached Schedule A.

6.      KIF has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:

> *Kempen International Funds (Kempen International Funds - MercLin Global Equity) et al. v. Syneos Health, Inc. et al.*, No. 1:23cv08848 (S.D.N.Y.).

7.      KIF will not accept any payment for serving as a representative party on behalf of the class beyond KIF's pro rata share of any recovery, except such reasonable costs and expenses

AVANTOR

(including lost wages) directly relating to the representation of the class as ordered or approved by the court.

Pursuant to the laws of the United States of America (28 U.S.C. §1746), we declare under penalty of perjury that the foregoing statements are true and correct to the best of our knowledge. Executed this day in Antwerp, Belgium.

MERCIER VAN LANSCHOT FOR AND ON BEHALF OF KEMPEN INTERNATIONAL FUNDS (KEMPEN INTERNATIONAL FUNDS - MERCLAN GLOBAL EQUITY, KEMPEN INTERNATIONAL FUNDS - MERCLAN PATRIMONIUM)

Signed: _____

Frédéric Van Doosselaere
Member of the Management Committee
Mercier Van Lanschot

Digitally signed by
Van Doosselaere
Frédéric Alain D
Date: 23/12/2025
18:39:47

Axelle Van den broeck
Head of Legal
Mercier Van Lanschot

Digitally signed by
Van den broeck
Axelle Brigitte F
Date: 23/12/2025
16:48:19

Date:        December 23, 2025

AVANTOR

## SCHEDULE A

## SECURITIES TRANSACTIONS

### Kempen International Funds
### (Kempen International Funds - MercLan Global Equity)

**Avantor, Inc.**
Common Stock

| Date Purchased | Amount of Shares Purchased | Price |
|---|---|---|
| 06/04/24 | 81,988 | $24.24 |
| 06/11/24 | 85,793 | $23.12 |
| 06/12/24 | 55,973 | $22.54 |
| 10/18/24 | 91,220 | $24.66 |
| 12/02/24 | 603,668 | $21.01 |
| 12/03/24 | 390,113 | $21.06 |
| 01/16/25 | 65,102 | $22.29 |
| 01/24/25 | 45,190 | $22.04 |

| Date Sold | Amount of Shares Sold | Price |
|---|---|---|
| 04/28/25 | 793,573 | $12.56 |
| 04/28/25 | 777,132 | $12.45 |
| 04/29/25 | 1,420,670 | $12.61 |

### Kempen International Funds
### (Kempen International Funds - MercLan Patrimonium)

**Avantor, Inc.**
Common Stock

| Date Purchased | Amount of Shares Purchased | Price |
|---|---|---|
| 06/12/24 | 27,921 | $22.54 |
| 12/02/24 | 189,682 | $21.01 |
| 12/03/24 | 122,579 | $21.06 |
| 01/13/25 | 36,906 | $22.25 |

AVANTOR

| | | |
|---|---|---|
| 01/28/25 | 62,917 | $22.61 |
| 04/07/25 | 57,095 | $15.24 |
| 04/16/25 | 59,298 | $15.27 |

| Date Sold | Amount of Shares Sold | Price |
|---|---|---|
| 04/24/25 | 80,184 | $15.24 |
| 04/28/25 | 253,724 | $12.56 |
| 04/28/25 | 248,466 | $12.45 |
| 04/29/25 | 454,221 | $12.61 |

AVANTOR

## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

Mercier Van Lanschot, by Frédéric Van Doosselaere, Member of the Management Committee, and Axelle Van den broeck, Head of Legal, for and on behalf of MercLan Institutional Fund (MercLan - Institutional Equity Fund DBI-RDT) ("MIF") declare:

1. We are fully authorized to enter into and execute this Certification on behalf of MIF.

2. MIF has reviewed a complaint filed in this matter and authorized the filing of a motion.

3. MIF did not acquire the security that is the subject of this action at the direction of counsel or in order to participate in this private action or any other litigation under the federal securities laws.

4. MIF is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

5. MIF made the following transaction(s) during the Class Period in the securities that are the subject of this action.  *See* attached Schedule A.

6. MIF has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:

> *Kempen International Funds (Kempen International Funds - MercLin Global Equity) et al. v. Syneos Health, Inc. et al.*, No. 1:23cv08848 (S.D.N.Y.).

7. MIF will not accept any payment for serving as a representative party on behalf of the class beyond MIF's pro rata share of any recovery, except such reasonable costs and expenses

AVANTOR

(including lost wages) directly relating to the representation of the class as ordered or approved by the court.

Pursuant to the laws of the United States of America (28 U.S.C. §1746), we declare under penalty of perjury that the foregoing statements are true and correct to the best of our knowledge. Executed this day in Antwerp, Belgium.

MERCIER VAN LANSCHOT FOR AND ON BEHALF OF MERCLAN INSTITUTIONAL FUND (MERCLAN - INSTITUTIONAL EQUITY FUND DBI-RDT)

Signed: _____

Frédéric Van Doosselaere
Member of the Management Committee
Mercier Van Lanschot

Digitally signed by Van
Doosselaere Frédéric
Alain D
Date: 23/12/2025
17:20:29

Axelle Van den broeck
Head of Legal
Mercier Van Lanschot
Digitally signed by Van
den broeck Axelle
Brigitte F
Date: 23/12/2025
16:50:18

Date: _____ December 23, 2025 _____

AVANTOR

# SCHEDULE A

# SECURITIES TRANSACTIONS

## MercLan Institutional Fund
## (MercLan - Institutional Equity Fund DBI-RDT)

**Avantor, Inc.**
Common Stock

| Date Purchased | Amount of Shares Purchased | Price |
|---|---|---|
| 10/18/24 | 49,284 | $24.66 |
| 11/29/24 | 212,579 | $21.14 |
| 12/05/24 | 49,098 | $20.84 |
| 01/17/25 | 38,554 | $22.00 |
| 01/24/25 | 17,553 | $22.04 |
| 02/07/25 | 24,882 | $19.75 |
| 03/13/25 | 25,125 | $15.82 |
| 04/10/25 | 23,874 | $14.80 |

| Date Sold | Amount of Shares Sold | Price |
|---|---|---|
| 04/28/25 | 231,960 | $12.56 |
| 04/28/25 | 227,153 | $12.45 |
| 04/29/25 | 415,259 | $12.61 |

AVANTOR

## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

Mercier Van Lanschot, by Frédéric Van Doosselaere, Member of the Management Committee, and Axelle Van den broeck, Head of Legal, for and on behalf of MercLan S.A. (MercLan - Very Defensive Portfolio, MercLan - Growth Portfolio, MercLan - Defensive Portfolio, MercLan - Balanced Portfolio) ("MercLan S.A."), declare as follows:

1. We are fully authorized to enter into and execute this Certification on MercLan S.A.'s behalf.

2. MercLan S.A. has reviewed a complaint filed in this matter and authorized the filing of a motion.

3. MercLan S.A. did not acquire the security that is the subject of this action at the direction of counsel or in order to participate in this private action or any other litigation under the federal securities laws.

4. MercLan S.A. is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

5. MercLan S.A. has made the following transaction(s) during the Class Period in the securities that are the subject of this action. *See* attached Schedule A.

6. MercLan S.A. has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:

> *None.*

7. MercLan S.A. will not accept any payment for serving as a representative party on behalf of the class beyond MercLan S.A.'s pro rata share of any recovery, except such reasonable

AVANTOR

costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

Pursuant to the laws of the United States of America (28 U.S.C. §1746), we declare under penalty of perjury that the foregoing statements are true and correct to the best of our knowledge. Executed this day in Antwerp, Belgium.

MERCIER VAN LANSCHOT FOR AND ON BEHALF OF MERCLAN S.A. (MERCLAN - VERY DEFENSIVE PORTFOLIO, MERCLAN - GROWTH PORTFOLIO, MERCLAN - DEFENSIVE PORTFOLIO, MERCLAN - BALANCED PORTFOLIO)

Signed:

Frédéric Van Doosselaere
Member of the Management Committee
Mercier Van Lanschot

Digitaal ondertekend
door Van Doosselaere
Frédéric Alain D
Datum: 23/12/2025
17:19:15

Axelle Van den broeck
Head of Legal
Mercier Van Lanschot

Digitaal ondertekend
door Van den broeck
Axelle Brigitte F
Datum: 23/12/2025
16:52:34

Date:        December 23, 2025

AVANTOR

## SCHEDULE A

## SECURITIES TRANSACTIONS

**MercLan S.A.**
**(MercLan - Balanced Portfolio)**

**Avantor, Inc.**
Common Stock

| Date Purchased | Amount of Shares Purchased | Price |
|---|---|---|
| 01/14/25 | 344,330 | $21.8163 |
| 01/14/25 | 36,962 | $21.8722 |
| 04/07/25 | 10,894 | $15.2353 |

| Date Sold | Amount of Shares Sold | Price |
|---|---|---|
| 02/24/25 | 40,226 | $17.5674 |
| 04/28/25 | 93,371 | $12.5613 |
| 04/28/25 | 91,436 | $12.4499 |
| 04/29/25 | 167,153 | $12.6120 |

**MercLan S.A.**
**(MercLan - Defensive Portfolio)**

**Avantor, Inc.**
Common Stock

| Date Purchased | Amount of Shares Purchased | Price |
|---|---|---|
| 01/14/25 | 118,680 | $21.8163 |
| 01/14/25 | 12,740 | $21.8722 |
| 04/07/25 | 6,173 | $15.2353 |

| Date Sold | Amount of Shares Sold | Price |
|---|---|---|
| 04/28/25 | 36,502 | $12.5613 |
| 04/28/25 | 35,745 | $12.4499 |
| 04/29/25 | 65,346 | $12.6120 |

AVANTOR

## MercLan S.A.
### (MercLan - Growth Portfolio)

**Avantor, Inc.**
Common Stock

| Date Purchased | Amount of Shares Purchased | Price |
|---|---|---|
| 04/16/24 | 164,667 | $24.5982 |
| 12/02/24 | 56,650 | $21.0062 |
| 12/03/24 | 36,610 | $21.0618 |
| 01/24/25 | 8,095 | $22.0341 |
| 03/25/25 | 13,092 | $16.3500 |
| 04/07/25 | 7,654 | $15.2353 |

| Date Sold | Amount of Shares Sold | Price |
|---|---|---|
| 08/29/24 | 4,189 | $25.4898 |
| 02/04/25 | 5,358 | $22.0283 |
| 04/28/25 | 73,543 | $12.5613 |
| 04/28/25 | 72,019 | $12.4499 |
| 04/29/25 | 131,659 | $12.6120 |

## MercLan S.A.
### (MercLan - Very Defensive Portfolio)

**Avantor, Inc.**
Common Stock

| Date Purchased | Amount of Shares Purchased | Price |
|---|---|---|
| 01/14/25 | 2,772 | $21.8163 |
| 01/14/25 | 298 | $21.8722 |

| Date Sold | Amount of Shares Sold | Price |
|---|---|---|
| 02/11/25 | 908 | $18.3900 |
| 02/11/25 | 271 | $18.3900 |
| 04/28/25 | 502 | $12.5613 |
| 04/28/25 | 491 | $12.4499 |
| 04/29/25 | 898 | $12.6120 |

AVANTOR

## CERTIFICATION

I, Mark F. Deldin, as Chairman of Macomb County Employees' Retirement System ("Macomb County ERS"), hereby certify as follows:

1.      I am fully authorized to enter into and execute this Certification on behalf of Macomb County ERS.  I have reviewed a complaint filed against Avantor, Inc. ("Avantor") alleging violations of the federal securities laws and authorize the filing of this motion for lead plaintiff appointment;

2.      Macomb County ERS did not purchase common stock of Avantor at the direction of counsel or in order to participate in any private action under the federal securities laws;

3.      Macomb County ERS is willing to serve as a lead plaintiff and representative party in this matter, including providing testimony at deposition and trial, if necessary.  Macomb County ERS fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class;

4.      Macomb County ERS' transactions in Avantor common stock during the Class Period are reflected in Exhibit A, attached hereto;

5.      In addition to the instant Action, Macomb County ERS sought to serve or currently serves as a lead plaintiff or representative party in the following class actions under the federal securities laws filed during the last three years:

*Schaeffer v. Signature Bank*, No. 1:23-cv-1921 (E.D.N.Y.)
*Kangas v. Illumina, Inc.*, No. 3:23-cv-2082 (S.D. Cal.)
*McAlice v. The Estee Lauder Companies Inc.*, No. 1:23-cv-10669 (S.D.N.Y.)
*Cleveland Bakers and Teamsters Pension Fund v. Lamb Weston Holdings, Inc.*,
No. 1:24-cv-0282 (D. Idaho)
*Patel v. Lululemon Athletica Inc.*, No. 1:24-cv-6033 (S.D.N.Y.)
*In re FMC Corporation Securities Litigation*, No. 2:25-cv-0771 (E.D. Pa.)
*In re The Trade Desk, Inc. Securities Litigation*, No. 2:25-cv-1396 (C.D. Cal.)

6.      Beyond its pro rata share of any recovery, Macomb County ERS will not accept payment for serving as a lead plaintiff and representative party on behalf of the Class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this 1 2 day of December, 2025.

_____

*Mark F. Deldin*
Chairman
Macomb County Employees' Retirement System

2

**EXHIBIT A**

**TRANSACTIONS IN AVANTOR, INC.**

| Transaction Type | Trade Date | Shares | Share Price | Cost/Proceeds |
|---|---|---|---|---|
| Sales | 08/12/2024 | (6,000) | $24.6084 | $147,650.40 |
| Purchases | 10/25/2024 | 6,500 | $22.4661 | ($146,029.65) |
| Purchases | 11/13/2024 | 10,500 | $21.8010 | ($228,910.50) |
| Purchases | 11/20/2024 | 15,080 | $19.9800 | ($301,298.40) |
| Purchases | 02/21/2025 | 2,331 | $17.2429 | ($40,193.20) |
| Purchases | 02/25/2025 | 3,064 | $17.2360 | ($52,811.10) |
| Purchases | 02/26/2025 | 2,584 | $17.2113 | ($44,474.00) |
| Purchases | 02/27/2025 | 4,021 | $16.9453 | ($68,137.05) |
| Purchases | 03/10/2025 | 10,905 | $17.3997 | ($189,743.73) |
| Purchases | 04/03/2025 | 232 | $15.4390 | ($3,581.85) |
| Purchases | 04/04/2025 | 11,768 | $15.1265 | ($178,008.65) |
| Purchases | 04/25/2025 | 30,000 | $13.0031 | ($390,093.00) |
| Sales | 06/18/2025 | (5,285) | $13.2413 | $69,980.27 |
| Sales | 07/08/2025 | (5,000) | $13.7346 | $68,673.00 |
| Purchases | 07/18/2025 | 15,075 | $13.2162 | ($199,234.22) |