# Exhibit C

**MercLan - Very Defensive Portfolio - LIFO Loss**
Avantor, Inc.
Class Period: 03/05/2024 to 10/28/2025
Lookback Price: $11.3545 (10/29/25 - 12/26/25)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Sale | 02/11/25 | 908 | $18.390 | $16,698.12 |
| | | | | | Sale | 02/11/25 | 271 | $18.390 | $4,983.69 |
| | | | | | Sale | 04/28/25 | 502 | $12.561 | $6,305.79 |
| | | | | | Sale | 04/28/25 | 491 | $12.450 | $6,112.90 |
| | | | | | Sale | 04/29/25 | 898 | $12.612 | $11,325.60 |
| Purchase | 01/14/25 | 2,772 | $21.816 | $60,474.78 | | | | | |
| Purchase | 01/14/25 | 298 | $21.872 | $6,517.93 | Retained | | 0 | $11.355 | $0.00 |
| | | **3,070** | | **$66,992.71** | | | **3,070** | | **$45,426.11** |
| | | | | | | | **LIFO Gain / (Loss)** | | **($21,566.60)** |

**MercLan - Growth Portfolio - LIFO Loss**
Avantor, Inc.
Class Period: 03/05/2024 to 10/28/2025
Lookback Price: $11.3545 (10/29/25 - 12/26/25)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Sale | 08/29/24 | 4,189 | $25.490 | $106,776.77 |
| | | | | | Sale | 02/04/25 | 5,358 | $22.028 | $118,027.63 |
| | | | | | Sale | 04/28/25 | 73,543 | $12.561 | $923,798.85 |
| Purchase | 04/16/24 | 164,667 | $24.598 | $4,050,509.00 | Sale | 04/28/25 | 72,019 | $12.450 | $896,629.78 |
| Purchase | 12/02/24 | 56,650 | $21.006 | $1,190,002.31 | Sale | 04/29/25 | 131,659 | $12.612 | $1,660,486.86 |
| Purchase | 12/03/24 | 36,610 | $21.062 | $771,072.50 | | | | | |
| Purchase | 01/24/25 | 8,095 | $22.034 | $178,366.04 | | | | | |
| Purchase | 03/25/25 | 13,092 | $16.350 | $214,054.20 | | | | | |
| Purchase | 04/07/25 | 7,654 | $15.2353 | $116,610.99 | Retained | | 0 | $11.355 | $0.00 |
| | | **286,768** | | **$6,520,615.03** | | | **286,768** | | **$3,705,719.89** |
| | | | | | | | **LIFO Gain / (Loss)** | | **($2,814,895.14)** |

**MercLan - Defensive Portfolio - LIFO Loss**
Avantor, Inc.
Class Period: 03/05/2024 to 10/28/2025
Lookback Price: $11.3545 (10/29/25 - 12/26/25)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Sale | 04/28/25 | 36,502 | $12.561 | $458,514.14 |
| | | | | | Sale | 04/28/25 | 35,745 | $12.450 | $445,021.89 |
| | | | | | Sale | 04/29/25 | 65,346 | $12.612 | $824,145.52 |
| Purchase | 01/14/25 | 118,680 | $21.816 | $2,589,158.48 | | | | | |
| Purchase | 01/14/25 | 12,740 | $21.872 | $278,652.30 | | | | | |
| Purchase | 04/07/25 | 6,173 | $15.235 | $94,047.51 | Retained | | 0 | $11.355 | $0.00 |
| | | **137,593** | | **$2,961,858.29** | | | **137,593** | | **$1,727,681.55** |
| | | | | | | | **LIFO Gain / (Loss)** | | **($1,234,176.74)** |

**MercLan - Balanced Portfolio - LIFO Loss**
Avantor, Inc.
Class Period: 03/05/2024 to 10/28/2025
Lookback Price: $11.3545 (10/29/25 - 12/26/25)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Sale | 02/24/25 | 40,226 | $17.567 | $706,664.42 |
| | | | | | Sale | 04/28/25 | 93,371 | $12.561 | $1,172,865.16 |
| | | | | | Sale | 04/28/25 | 91,436 | $12.450 | $1,138,369.61 |
| | | | | | Sale | 04/29/25 | 167,153 | $12.612 | $2,108,138.15 |
| Purchase | 01/14/25 | 344,330 | $21.816 | $7,512,006.58 | | | | | |
| Purchase | 01/14/25 | 36,962 | $21.872 | $808,441.62 | | | | | |
| Purchase | 04/07/25 | 10,894 | $15.235 | $165,973.36 | Retained | | 0 | $11.355 | $0.00 |
| | | **392,186** | | **$8,486,421.56** | | | **392,186** | | **$5,126,037.33** |

**LIFO Gain / (Loss)    ($3,360,384.23)**

**MercLan - Institutional Equity Fund DBI-RDT - LIFO Loss**
Avantor, Inc.
Class Period: 03/05/2024 to 10/28/2025
Lookback Price: $11.3545 (10/29/25 - 12/26/25)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 01/12/22 | 18,164 | $38.960 | $707,669.44 | | | | | |
| Purchase | 01/12/22 | 30,836 | $38.960 | $1,201,370.56 | | | | | |
| Purchase | 01/13/22 | 115,000 | $38.290 | $4,403,350.00 | | | | | |
| Purchase | 02/09/22 | 25,000 | $37.460 | $936,500.00 | | | | | |
| Purchase | 02/23/22 | 50,000 | $34.170 | $1,708,500.00 | | | | | |
| Purchase | 03/28/22 | 46,000 | $33.800 | $1,554,800.00 | | | | | |
| Purchase | 05/23/22 | 34,000 | $31.400 | $1,067,600.00 | | | | | |
| Purchase | 08/18/22 | 55,000 | $27.060 | $1,488,300.00 | Sale | 04/28/25 | 18,164 | $12.450 | $226,140.09 |
| Purchase | 12/22/22 | 59,423 | $24.010 | $1,426,746.23 | Sale | 04/29/25 | 415,259 | $12.612 | $5,237,257.72 |
| Total Pre - Class Period Holdings: | | 433,423 | | $14,494,836.23 | Applied to Pre-Class Period Holdings: | | 433,423 | | $5,463,397.81 |
| Purchase | 10/18/24 | 49,284 | $24.662 | $1,215,438.80 | Sale | 04/28/25 | 231,960 | $12.561 | $2,913,729.12 |
| Purchase | 11/29/24 | 212,579 | $21.136 | $4,493,133.52 | Sale | 04/28/25 | 208,989 | $12.450 | $2,601,893.41 |
| Purchase | 12/05/24 | 49,098 | $20.840 | $1,023,202.32 | | | | | |
| Purchase | 01/17/25 | 38,554 | $21.996 | $848,030.93 | | | | | |
| Purchase | 01/24/25 | 17,553 | $22.036 | $386,799.66 | | | | | |
| Purchase | 02/07/25 | 24,882 | $19.746 | $491,317.48 | | | | | |
| Purchase | 03/13/25 | 25,125 | $15.820 | $397,477.50 | | | | | |
| Purchase | 04/10/25 | 23,874 | $14.802 | $353,392.50 | Retained | | 0 | $11.355 | $0.00 |
| | | **440,949** | | **$9,208,792.72** | | | **440,949** | | **$5,515,622.53** |
| | | | | | | | **LIFO Gain / (Loss)** | | **($3,693,170.19)** |

**Kempen International Funds - MercLan Global Equity - LIFO Loss**
Avantor, Inc.
Class Period: 03/05/2024 to 10/28/2025
Lookback Price: $11.3545 (10/29/25 - 12/26/25)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 01/12/22 | 151,658 | $38.990 | $5,913,145.42 | | | | | |
| Purchase | 01/12/22 | 138,342 | $38.990 | $5,393,954.58 | | | | | |
| Purchase | 01/13/22 | 300,000 | $38.370 | $11,511,000.00 | | | | | |
| Purchase | 02/23/22 | 120,000 | $33.890 | $4,066,800.00 | | | | | |
| Purchase | 03/28/22 | 125,000 | $33.880 | $4,235,000.00 | | | | | |
| Purchase | 05/23/22 | 125,000 | $32.400 | $4,050,000.00 | | | | | |
| Purchase | 08/18/22 | 190,000 | $27.090 | $5,147,100.00 | Sale | 04/28/25 | 151,658 | $12.450 | $1,888,127.84 |
| Purchase | 02/16/24 | 422,328 | $24.010 | $10,140,095.28 | Sale | 04/29/25 | 1,420,670 | $12.612 | $17,917,528.40 |
| Total Pre - Class Period Holdings: | | 1,572,328 | | $50,457,095 | Applied to Pre-Class Period Holdings: | | 1,572,328 | | $19,805,656.24 |
| Purchase | 06/04/24 | 81,988 | $24.236 | $1,987,077.57 | Sale | 04/28/25 | 793,573 | $12.561 | $9,968,342.65 |
| Purchase | 06/11/24 | 85,793 | $23.118 | $1,983,352.45 | Sale | 04/28/25 | 625,474 | $12.450 | $7,787,092.51 |
| Purchase | 06/12/24 | 55,973 | $22.538 | $1,261,517.24 | | | | | |
| Purchase | 10/18/24 | 91,220 | $24.662 | $2,249,661.71 | | | | | |
| Purchase | 12/02/24 | 603,668 | $21.006 | $12,680,782.21 | | | | | |
| Purchase | 12/03/24 | 390,113 | $21.062 | $8,216,481.98 | | | | | |
| Purchase | 01/16/25 | 65,102 | $22.287 | $1,450,923.59 | | | | | |
| Purchase | 01/24/25 | 45,190 | $22.036 | $995,811.36 | Retained | | 0 | $11.355 | $0.00 |
| | | **1,419,047** | | **$30,825,608.10** | | | **1,419,047** | | **$17,755,435.15** |
| | | | | | | | **LIFO Gain / (Loss)** | | **($13,070,172.95)** |

**Kempen International Funds - MercLan Patrimonium - LIFO Loss**
Avantor, Inc.
Class Period: 03/05/2024 to 10/28/2025
Lookback Price: $11.3545 (10/29/25 - 12/26/25)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 01/12/22 | 25,976 | $38.990 | $1,012,804.24 | | | | | |
| Purchase | 01/12/22 | 66,753 | $38.990 | $2,602,699.47 | | | | | |
| Purchase | 01/13/22 | 107,500 | $38.370 | $4,124,775.00 | | | | | |
| Purchase | 02/23/22 | 43,000 | $33.890 | $1,457,270.00 | | | | | |
| Purchase | 03/08/22 | 9,000 | $32.860 | $295,740.00 | | | | | |
| Purchase | 03/28/22 | 45,000 | $33.880 | $1,524,600.00 | | | | | |
| Purchase | 05/23/22 | 28,000 | $31.400 | $879,200.00 | | | | | |
| Purchase | 08/18/22 | 34,000 | $27.090 | $921,060.00 | Sale | 04/28/25 | 25,976 | $12.450 | $323,398.76 |
| Purchase | 02/20/24 | 120,968 | $23.950 | $2,897,183.60 | Sale | 04/29/25 | 454,221 | $12.612 | $5,728,647.52 |
| Total Pre - Class Period Holdings: | | 480,197 | | $15,715,332.31 | Applied to Pre-Class Period Holdings: | | 480,197 | | $6,052,046.27 |
| Purchase | 06/12/24 | 27,921 | $22.538 | $629,282.38 | Sale | 04/24/25 | 80,184 | $15.235 | $1,221,610.30 |
| Purchase | 12/02/24 | 189,682 | $21.006 | $3,984,501.63 | Sale | 04/28/25 | 253,724 | $12.561 | $3,187,114.19 |
| Purchase | 12/03/24 | 122,579 | $21.062 | $2,581,734.38 | Sale | 04/28/25 | 222,490 | $12.450 | $2,769,979.59 |
| Purchase | 01/13/25 | 36,906 | $22.250 | $821,167.87 | | | | | |
| Purchase | 01/28/25 | 62,917 | $22.606 | $1,422,279.93 | | | | | |
| Purchase | 04/07/25 | 57,095 | $15.235 | $869,859.45 | | | | | |
| Purchase | 04/16/25 | 59,298 | $15.271 | $905,559.15 | Retained | | 0 | $11.355 | $0.00 |
| | | **556,398** | | **$11,214,384.80** | | | **556,398** | | **$7,178,704.07** |
| | | | | | | | **LIFO Gain / (Loss)** | | **($4,035,680.73)** |

**Macomb County Employees' Retirement System - LIFO Loss**
Avantor, Inc.
Class Period: 03/05/2024 to 10/28/2025
Lookback Price: $11.3545 (10/29/25 - 12/26/25)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Holdings | | 86,855 | | | | | | | |
| | | | | | Sale | 08/12/24 | 6,000 | $24.61 | $147,650.40 |
| | | | | | Applied to Pre-Class Period Holdings: | | 6,000 | | $147,650.40 |
| Purchase | 10/25/24 | 6,500 | $22.466 | $146,029.65 | Sale | 06/18/25 | 5,285 | $13.241 | $69,980.27 |
| Purchase | 11/13/24 | 10,500 | $21.801 | $228,910.50 | Sale | 07/08/25 | 5,000 | $13.735 | $68,673.00 |
| Purchase | 11/20/24 | 15,080 | $19.980 | $301,298.40 | | | | | |
| Purchase | 02/21/25 | 2,331 | $17.243 | $40,193.20 | | | | | |
| Purchase | 02/25/25 | 3,064 | $17.236 | $52,811.10 | | | | | |
| Purchase | 02/26/25 | 2,584 | $17.211 | $44,474.00 | | | | | |
| Purchase | 02/27/25 | 4,021 | $16.945 | $68,137.05 | | | | | |
| Purchase | 03/10/25 | 10,905 | $17.400 | $189,743.73 | | | | | |
| Purchase | 04/03/25 | 232 | $15.439 | $3,581.85 | | | | | |
| Purchase | 04/04/25 | 11,768 | $15.127 | $178,008.65 | | | | | |
| Purchase | 04/25/25 | 30,000 | $13.003 | $390,093.00 | | | | | |
| Purchase | 07/18/25 | 15,075 | $13.216 | $199,234.22 | Retained | | 101,775 | $11.355 | $1,155,605.48 |
| | | **112,060** | | **$1,842,515.35** | | | **112,060** | | **$1,294,258.75** |

**LIFO Gain / (Loss)**    **($548,256.60)**