# Exhibit H

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BUILDING TRADES PENSION FUND OF WESTER PENNSYLVANIA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>AVANTOR, INC. MICHAEL STUBBLEFIELD, and R. BRENT JONES,<br><br>Defendants. | Case No. 2:25-cv-06187<br><br>**DECLARATION OF CATHY ARENDT** |

I, Cathy Arendt, declare that the following is true and correct:

1.     I am a founding partner at OSCH & ARENDT in Luxembourg and registered as a lawyer at the Luxembourg Bar since 1991.

2.     I have been asked by Kempen International Funds (Kempen International Funds - MercLan Global Equity and Kempen International Funds - MercLan Patrimonium) to provide an opinion regarding the legal status and structure of Kempen International Funds under Luxembourgian law.

3.     As a Luxembourg licensed attorney with over thirty years of experience in commercial law and corporate law, covering counselling, assistance with incorporation of companies, and Court litigation in matters involving investment funds, I regularly analyse questions pertaining to the legal status, legal personality and structure of companies and other entities and am thus qualified to make this declaration. Attached as Exhibit A is my curriculum vitae.

4.     Kempen International Funds is a Luxembourg limited liability company ("Société anonyme" or "SA"), qualifying as an investment company with variable capital ("SICAV") organized as an undertaking for collective investment in transferable securities ("UCITS") subject to Part I of the Luxembourg Law of 17 December 2010 relating to undertakings for collective ('the UCI Law"), registered with the Luxembourg register of commerce and companies ("Registre de Commerce et des Sociétés, Luxembourg" or "RCS") under number B 146 018. As such, Kempen International Funds has a legal personality and can be named as a plaintiff or a defendant in a legal action.

5.     Kempen International Funds has multiple compartments or sub-funds. Each compartment or sub-fund of a UCITS SICAV is subject to asset eligibility and diversification

1

requirements as set out under the UCI Law. Where a UCITS SICAV comprises more than one compartment or sub-fund, each compartment or sub-fund shall be regarded as a separate UCITS SICAV for the purpose of the applicable asset eligibility and diversification requirements.

6. The main feature of a UCITS SICAV is the segregation of assets between the compartments or sub-funds. Assets of each compartment or sub-funds are indeed segregated by law so that the rights of investors and creditors concerning a compartment or sub-fund, or in connection with the creation, the operation, or the liquidation of that compartment or sub-fund, are limited to the assets of that compartment or sub-fund pursuant to the protected cell concept.

7. Within a UCITS SICAV, each compartment or sub-fund is treated as a separate entity having its own name, funding, capital gains, losses, and expenses, although compartments or sub-funds do not have a legal personality distinct from the UCITS SICAV.

8. Each compartment or sub-fund of a SICAV operates as an independent and distinct entity with respect to investors, assets, liabilities, and legal claims. Consequently, if a compartment or sub-fund incurs a loss on an investment, the corresponding legal claim belongs solely to that specific compartment or sub-fund. Each compartment's financial position remains independent of the results of other compartments – meaning that gains or losses in one compartment do not and, in fact, cannot offset gains or losses in another. This also means that the gains and/or losses of the compartments are not and cannot be consolidated at the SICAV level. The compartments are the beneficial owners of their own assets, but the compartments act legally through the SICAV, which, in this instance, is Kempen International Funds.

9. Compartments or sub-funds of a SICAV do not have legal personality. This means that while each compartment is treated as independent and separate in terms of investors, assets,

2

liabilities, and legal claims, any legal action must be taken in the name of the SICAV itself for and on behalf of the specific compartment or sub-fund that is the beneficial owner of the legal claim.

10.    Due to their absence of legal personality, each compartment or sub-fund of a UCITS fund structured as a UCITS SICAV having the corporate form of an SA is represented towards third parties by the UCITS SICAV, itself acting in respect of a specific compartment or sub-fund and representing such compartment or sub-fund towards third parties. As such, Kempen International Funds has the legal personality and acts on behalf of each respective compartment or sub-fund, in this present action, Kempen International Funds - MercLan Global Equity and Kempen International Funds - MercLan Patrimonium.

Pursuant to the laws of the United States of America (28 U.S.C. §1746), I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge. Executed this day in Luxembourg, Luxembourg.

OSCH & ARENDT

Signed:    _____

Cathy Arendt, Founding Partner

Date:    December 22ᵗʰ, 2025

3

# Exhibit H-A

# CURRICULUM VITAE



**Personal data:**

| | |
|---|---|
| Name: | **ARENDT** |
| First name: | Cathy |
| Nationality: | Luxembourgish |
| Work address: | 25C, Boulevard Royal |
| | L-2449 Luxembourg |

| | |
|---|---|
| Phone: | + 352 22 48 22 |
| Fax: | + 352 22 48 24 |
| Email: | arendt@oanda.lu |

| | |
|---|---|
| Date of birth: | June 1, 1966 |
| Place of birth: | Luxembourg |

**Education:**

| | |
|---|---|
| 1972 - 1979: | Primary school Ecole Privée Notre Dame Ste. Sophie Luxembourg |
| 1979–1985: | Secondary education at Ecole Privée Notre Dame Ste.Sophie |
| 1985: | High school diploma in Luxembourg |
| 1985–1986 | First year of university studies in law at the Centre Universitaire de Luxembourg |

| | |
|---|---|
| 1986–1989 | Studied law at the University of Strasbourg (Robert Schumann), graduating with a Master's degree in private law |
| 1990: | D.E.A. in international private law – University of Strasbourg (Robert Schumann) |
| October 1990 - January 1991: | Additional studies in Luxembourg law in Luxembourg |
| March 19, 1991: | Admitted to the bar, registered with the Luxembourg Bar Association |
| 1993: | After a two-year apprenticeship, successfully passed the bar exam |

**Professional career:**

| | |
|---|---|
| February 1991 – July 1997: | Worked as a lawyer at the law firm NEU & UNSEN in Luxembourg, initially as an apprentice, then as a lawyer (junior associate) |
| 1997 | Founder of the law firm OSCH & ARENDT in 1997 together with Mr. Gerry OSCH |
| 1997-2025 | Work at OSCH & ARENDT |

**Main areas of work:**

Counseling and litigation in:

Civil law
Commercial and corporate law
Contract law
Real estate law
Insurance law
Employment law
Administrative Law

**Languages**

| | |
|---|---|
| Native language: | Luxembourgish |
| Working languages: | French, English, and German |

Luxembourg, December 22th, 2025

Signature: