EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BUILDING TRADES PENSION FUND OF WESTERN PENNSYLVANIA, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | Civ. Action No. 2:25-cv-06187-GAM |
| | ) | CLASS ACTION |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| AVANTOR, INC., et al., | ) ) ) | |
| Defendants. | ) ) ) | |
| CITY OF PONTIAC REESTABLISHED GENERAL EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) | Civ. Action No. 2:25-cv- 06686-GAM |
| | ) | CLASS ACTION |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| AVANTOR, INC., et al., | ) ) ) | |
| Defendants. | ) ) ) ) | |

**MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL**

4928-1399-2068.v1

Proposed lead plaintiff KBC Asset Management NV and Michigan Carpenters' Pension Fund (the "Institutional Investors") hereby move this Court, on a date and at such time as may be designated by the Court, for an Order consolidating the above-captioned related securities class actions, appointing the Institutional Investors as Lead Plaintiff, and approving their selection of Motley Rice LLC and Robbins Geller Rudman & Dowd LLP to serve as Lead Counsel.  In support of this Motion, the Institutional Investors submit herewith a Memorandum of Law and Declaration of Lawrence F. Stengel, dated December 29, 2025.

DATED:  December 29, 2025

Respectfully submitted,

SAXTON & STUMP, LLC
LAWRENCE F. STENGEL (P.A. Bar # 32809)


                    s/ Lawrence F. Stengel
                  LAWRENCE F. STENGEL

280 Granite Run Drive, Suite 300
Lancaster, PA  17601
Telephone:  717/556-1000
lfs@saxtonstump.com

Local Counsel

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS
MICHAEL ALBERT
KENNETH P. DOLITSKY
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
dmyers@rgrdlaw.com
malbert@rgrdlaw.com
kdolitsky@rgrdlaw.com

- 1 -

- 2 -

MOTLEY RICE LLC
CHRISTOPHER F. MORIARTY
ANDREW P. ARNOLD
28 Bridgeside Boulevard
Mount Pleasant, SC  29464
Telephone:  843/216-9000
cmoriarty@motleyrice.com
aarnold@motleyrice.com

MOTLEY RICE LLC
MICHAEL J. QUIRK
Three Logan Square
1717 Arch Street, Suite 3610
Philadelphia, PA  19103
Telephone:  267/267-4740
mquirk@motleyrice.com

Proposed Lead Counsel for Proposed Lead
Plaintiffs

4928-1399-2068.v1

<u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on December 29, 2025, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ LAWRENCE F. STENGEL
LAWRENCE F. STENGEL

SAXTON & STUMP, LLC
280 Granite Run Drive, Suite 300
Lancaster, PA  17601
Telephone:  717/556-1000
717/441-3810 (fax)

E-mail:  lfs@saxtonstump.com

4928-1399-2068.v1

## Mailing Information for a Case 2:25-cv-06187-GAM BUILDING TRADES PENSION FUND OF WESTERN PENNSYLVANIA v. AVANTOR, INC. et al

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **NAUMON A. AMJED**
  namjed@ktmc.com,hpaffas@ktmc.com,4980043420@filings.docketbird.com,rdegnan@ktmc.com,gjarvis@ktmc.com,ksauder@ktmc.com,iyeates@ktmc.com,jkeszczy

- **John Charles Coyle , IV**
  JCoyle@labaton.com,drogers@labaton.com,ElectronicCaseFiling@labaton.com,2188672420@filings.docketbird.com

- **RYAN THOMAS DEGNAN**
  rdegnan@ktmc.com,dcheck@ktmc.com

- **KARISSA J. SAUDER**
  ksauder@ktmc.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)