EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BUILDING TRADES PENSION FUND OF WESTERN PENNSYLVANIA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>AVANTOR, INC., et al.,<br><br>Defendants. | Civ. Action No. 2:25-cv-06187-GAM<br><br><u>CLASS ACTION</u> |
| CITY OF PONTIAC REESTABLISHED GENERAL EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>AVANTOR, INC., et al.,<br><br>Defendants. | Civ. Action No. 2:25-cv- 06686-GAM<br><br><u>CLASS ACTION</u> |

**DECLARATION OF LAWRENCE F. STENGEL IN SUPPORT OF MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, <u>AND APPROVAL OF SELECTION OF LEAD COUNSEL</u>**

4904-8313-8692.v1

I, LAWRENCE F. STENGEL, declare as follows:

1.    I am a member in good standing of the bar of the Commonwealth of Pennsylvania and am admitted to practice before this Court.  I am a shareholder at the law firm of Saxton & Stump, LLC, local counsel for proposed lead plaintiff KBC Asset Management NV and Michigan Carpenters' Pension Fund (the "Institutional Investors").  I submit this declaration in support of the Institutional Investors' Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Selection of Lead Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Attached are true and correct copies of the following exhibits:

Exhibit A:    Notice of pendency of first-filed class action published on *Business Wire* on October 30, 2025;

Exhibit B:    The Institutional Investors' Certifications;

Exhibit C:    Charts of the Institutional Investors' loss estimate, prepared by counsel;

Exhibit D:    KBC's Declaration of Assignment;

Exhibit E:    Management Company Agreement Between KBC Asset Management NV and KBC Equity Fund NV; and

Exhibit F:    Joint Declaration.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 29th day of December, 2025.

s/ Lawrence F. Stengel
LAWRENCE F. STENGEL
PA Attorney I.D. #32809

4904-8313-8692.v1

<u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on December 29, 2025, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ LAWRENCE F. STENGEL
LAWRENCE F. STENGEL

SAXTON & STUMP, LLC
280 Granite Run Drive, Suite 300
Lancaster, PA  17601
Telephone:  717/556-1000
717/441-3810 (fax)

E-mail:  lfs@saxtonstump.com

4904-8313-8692.v1

## Mailing Information for a Case 2:25-cv-06187-GAM BUILDING TRADES PENSION FUND OF WESTERN PENNSYLVANIA v. AVANTOR, INC. et al

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **NAUMON A. AMJED**
  namjed@ktmc.com,hpaffas@ktmc.com,4980043420@filings.docketbird.com,rdegnan@ktmc.com,gjarvis@ktmc.com,ksauder@ktmc.com,iyeates@ktmc.com,jkeszczy

- **John Charles Coyle , IV**
  JCoyle@labaton.com,drogers@labaton.com,ElectronicCaseFiling@labaton.com,2188672420@filings.docketbird.com

- **RYAN THOMAS DEGNAN**
  rdegnan@ktmc.com,dcheck@ktmc.com

- **KARISSA J. SAUDER**
  ksauder@ktmc.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)