# EXHIBIT B

**PLAINTIFF'S CERTIFICATION**
**PURSUANT TO FEDERAL SECURITIES LAWS**

The undersigned, Ilse Hiergens and Jürgen Verschaeve, on behalf of KBC Asset Management NV ("KBC"), on account of its fund listed in Schedule A (the "Fund"), declare the following as to the claims asserted, or to be asserted, under the federal securities laws:

1.     We have reviewed a complaint against Avantor, Inc. ("Avantor").

2.     We are duly authorized to institute legal action on behalf of KBC and the Fund, including litigation against Avantor and any other defendants.

3.     KBC and the Fund did not purchase or sell the security that is the subject of this litigation at the direction of plaintiff's counsel or in order to participate in any private action under the federal securities laws.

4.     KBC is willing to serve as lead plaintiff and understands that a lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial.  KBC also understands that it is subject to the jurisdiction of the Court and will be bound by all rulings of the Court, including rulings regarding any judgments.

5.     KBC will not accept any payment for serving as a representative party beyond the Fund's *pro rata* share of any recovery, except reasonable costs and expenses, such as lost wages and travel expenses, directly related to the class representation, as ordered or approved by the Court.

6.     KBC has not sought to serve as a lead plaintiff or representative party on behalf of a class in any action under the federal securities laws filed during the three-year period preceding the date of this Certification, except as detailed below:

*City of Warwick Retirement System v. Catalent, Inc.*, No. 3:23-cv-01108 (D.N.J. Apr. 25, 2023);

*Vanipenta v. SVB Financial Group*, No. 3:23-cv-01097 (N.D. Cal. May 12, 2023);

*Mannacio v. Discover Financial Services*, No. 1:23-cv-06788 (N.D. Ill. Oct. 31, 2023);

*Kangas v. Illumina, Inc.*, No. 3:23-cv-02082 (S.D. Cal. Jan. 9, 2024);

*Chow v. Archer-Daniels-Midland Company*, No. 1:24-cv-00634 (N.D. Ill. Mar. 25, 2024);

*City of Miami General Employees' & Sanitation Employees' Retirement Trust v. Globe Life Inc.*, No. 4:24-cv-00376 (E.D. Tex. July 1, 2024);

*Cronin v. Merck & Co., Inc.*, No. 2:25-cv-01208 (D.N.J. Apr. 14, 2025);

*United Union of Roofers, Waterproofers & Allied Workers Local Union No. 8 WBPA Fund v. The Trade Desk, Inc.*, No. 2:25-cv-01396 (C.D. Cal. Apr. 21, 2025);

*Tucker v. Apple Inc.*, No. 5:25-cv-05197 (N.D. Cal. Aug. 19, 2025), and *City of Coral Springs Police Officers' Pension Plan v. Apple Inc.*, No. 5:25-cv-06252 (N.D. Cal. Aug. 19, 2025); and

*Oklahoma Firefighters Pension and Retirement System v. Fortinet, Inc.*, No. 3:25-cv-08037 (N.D. Cal. Nov. 21, 2025), and *State of Rhode Island Office of the General Treasurer on behalf of the Employees' Retirement System of the State of Rhode Island v. Fortinet, Inc.*, No. 3:25-cv-08888 (N.D. Cal. Nov. 21, 2025).

7.    KBC understands that this is not a claim form, and that the Fund's ability to share in any recovery as a member of the class is unaffected by KBC's decision to serve as a representative party.

8.    Attached hereto as Schedule A is a complete listing of all transactions the Fund made during the Class Period in the security that is the subject of this litigation.  KBC will provide records of those transactions upon request.

9.    KBC is also represented and counseled in this matter by its attorney, Deborah M. Sturman of Sturman LLC.

**We declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct to the best of our knowledge, information and belief.**

Executed this 17th day of December, 2025.

For KBC Asset Management NV:


_Hiergens_
Hiergens (Dec 17, 2025 19:41:40 GMT+1)

Ilse Hiergens
Executive Director


Jürgen Verschaeve (Dec 18, 2025 07:17:53 GMT+1)

Jürgen Verschaeve
Executive Director

**Schedule A**
**KBC Asset Management NV**
**Avantor, Inc. (AVTR)**
Class Period: 03/05/2024 – 10/28/2025

**KBC Equity Fund NV**

|  |  | Date | Shares | Price |
|---|---|---|---|---|
| Purchases: | | 4/30/2024 | 1,753.00 | 24.23 |
| | | 7/23/2024 | 787.00 | 21.17 |
| | | 9/12/2024 | 3,593.00 | 26.48 |
| | | 9/12/2024 | 6,452.00 | 26.48 |
| | | 9/12/2024 | 6,093.00 | 26.48 |
| | | 9/12/2024 | 6,452.00 | 26.48 |
| | | 10/10/2024 | 5,945.00 | 24.47 |
| | | 10/10/2024 | 5,946.00 | 24.47 |
| | | 10/10/2024 | 5,938.00 | 24.47 |
| | | 10/10/2024 | 5,945.00 | 24.47 |
| | | 10/24/2024 | 984.00 | 23.27 |
| | | 11/7/2024 | 22,819.00 | 22.99 |
| | | 11/7/2024 | 938.00 | 22.99 |
| | | 11/7/2024 | 22,508.00 | 22.99 |
| | | 11/7/2024 | 9,876.00 | 22.99 |
| | | 11/7/2024 | 1,535.00 | 22.99 |
| | | 11/7/2024 | 9,811.00 | 22.99 |
| | | 12/6/2024 | 2,438.00 | 21.39 |
| | | 12/6/2024 | 1,226.00 | 21.39 |
| | | 12/6/2024 | 2,132.00 | 21.39 |
| | | 3/7/2025 | 1,650.00 | 17.31 |
| | | 3/7/2025 | 11,965.00 | 17.31 |
| | | 3/7/2025 | 186,147.00 | 17.31 |
| | | 3/7/2025 | 142,300.00 | 17.31 |
| | | 3/7/2025 | 185,005.00 | 17.31 |

|  | Date | Shares | Price |
|---|---|---|---|
|  | 3/7/2025 | 242,070.00 | 17.31 |
|  | 3/7/2025 | 131,060.00 | 17.31 |
|  | 3/7/2025 | 240,743.00 | 17.31 |
|  | 3/7/2025 | 144,497.00 | 17.31 |
|  | 3/7/2025 | 240,586.00 | 17.31 |
|  | 3/20/2025 | 3,778.00 | 16.64 |
|  | 3/20/2025 | 4,857.00 | 16.64 |
|  | 4/3/2025 | 3,066.00 | 15.65 |
|  | 4/16/2025 | 1,303.00 | 15.33 |
|  | 4/16/2025 | 2,336.00 | 15.33 |
|  | 4/25/2025 | 3,890.00 | 13.01 |
|  | 8/26/2025 | 19,004.00 | 13.30 |
|  | 10/13/2025 | 2,447.00 | 13.78 |
| Sales: | 3/21/2024 | -2,710.00 | 25.92 |
|  | 3/21/2024 | -4,345.00 | 25.92 |
|  | 3/21/2024 | -4,353.00 | 25.92 |
|  | 3/21/2024 | -4,345.00 | 25.92 |
|  | 6/6/2024 | -93,394.00 | 24.08 |
|  | 6/6/2024 | -91,710.00 | 24.08 |
|  | 6/6/2024 | -91,719.00 | 24.08 |
|  | 6/6/2024 | -69,798.00 | 24.08 |
|  | 8/12/2024 | -13,221.00 | 24.64 |
|  | 8/12/2024 | -13,777.00 | 24.64 |
|  | 8/12/2024 | -13,915.00 | 24.64 |
|  | 8/12/2024 | -12,661.00 | 24.64 |
|  | 9/23/2024 | -77,665.00 | 26.59 |
|  | 9/23/2024 | -77,894.00 | 26.59 |
|  | 9/23/2024 | -78,218.00 | 26.59 |
|  | 9/23/2024 | -55,786.00 | 26.59 |
|  | 9/23/2024 | -1,900.00 | 26.59 |
|  | 10/3/2024 | -35,718.00 | 25.13 |

| Date | Shares | Price |
|---|---|---|
| 10/3/2024 | -35,245.00 | 25.13 |
| 10/3/2024 | -30,684.00 | 25.13 |
| 10/3/2024 | -28,615.00 | 25.13 |
| 10/3/2024 | -7,393.00 | 25.13 |
| 12/6/2024 | -8,351.00 | 21.39 |
| 12/6/2024 | -7,927.00 | 21.39 |
| 1/23/2025 | -1,242.00 | 21.87 |
| 1/23/2025 | -6,883.00 | 21.87 |
| 1/23/2025 | -1,226.00 | 21.87 |
| 1/23/2025 | -9,876.00 | 21.87 |
| 1/23/2025 | -7,028.00 | 21.87 |
| 2/20/2025 | -3,683.00 | 17.49 |
| 2/20/2025 | -3,838.00 | 17.49 |
| 2/20/2025 | -4,725.00 | 17.49 |
| 4/1/2025 | -2,865.00 | 16.04 |
| 4/2/2025 | -1,026.00 | 15.73 |
| 4/2/2025 | -2,191.00 | 15.73 |
| 4/10/2025 | -5,274.00 | 14.95 |
| 4/16/2025 | -1,471.00 | 15.32 |
| 4/16/2025 | -1,471.00 | 15.32 |
| 4/25/2025 | -4,626.00 | 13.00 |
| 4/25/2025 | -4,136.00 | 13.00 |
| 4/25/2025 | -3,828.00 | 13.00 |
| 5/7/2025 | -189,213.00 | 12.00 |
| 5/7/2025 | -140,871.00 | 12.00 |
| 5/7/2025 | -10,245.00 | 12.00 |
| 5/7/2025 | -273,818.00 | 12.00 |
| 5/7/2025 | -17,442.00 | 12.00 |
| 5/7/2025 | -276,123.00 | 12.00 |
| 5/7/2025 | -273,543.00 | 12.00 |
| 5/7/2025 | -147,714.00 | 12.00 |

| Date | Shares | Price |
|------|--------|-------|
| 5/7/2025 | -148,414.00 | 12.00 |
| 5/7/2025 | -215,727.00 | 12.00 |

CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

Michigan Carpenters' Pension Fund ("Plaintiff") declares:

1.      Plaintiff has reviewed a complaint.  Plaintiff has authorized the filing of a motion for appointment as lead plaintiff.

2.      Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.      Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.      Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:  *See* attached Schedule A.

5.      Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below: None.

6.      Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this __23__ day of December, 2025.

Michigan Carpenters' Pension Fund

By: _____
James E. Schreiber, Plan Manager

AVANTOR

**SCHEDULE A**

**SECURITIES TRANSACTIONS**

**Stock**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 10/25/2024 | 6,500 | $22.47 |
| 11/13/2024 | 6,300 | $21.80 |
| 01/31/2025 | 2,000 | $22.36 |
| 02/21/2025 | 1,361 | $17.24 |
| 02/25/2025 | 1,787 | $17.24 |
| 02/26/2025 | 1,507 | $17.21 |
| 02/27/2025 | 2,345 | $16.95 |
| 04/03/2025 | 148 | $15.44 |
| 04/04/2025 | 7,452 | $15.13 |
| 04/25/2025 | 18,600 | $13.00 |

| Date Disposed | Amount of Shares Disposed | Price |
|---|---|---|
| 06/27/2024 | 2,000 | $21.54 |
| 07/08/2025 | 3,000 | $13.73 |

Prices listed are rounded up to two decimal places.

*Opening position of 27,000 shares.