# EXHIBIT C

| Name | Date | Shares Acquired | Price | Total Cost | Date | Shares Disposed | Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| **KBC Equity Fund** | 04/30/2024 | 1,753 | $24.23 | $42,475.19 | 05/07/2025 | 164,527 | $12.00 | $1,973,550.72 | |
| | 07/23/2024 | 787 | $21.17 | $16,660.79 | 05/07/2025 | 276,123 | $12.00 | $3,312,178.22 | |
| | 09/12/2024 | 6,093 | $26.48 | $161,342.64 | 05/07/2025 | 147,714 | $12.00 | $1,771,873.74 | |
| | 09/12/2024 | 6,452 | $26.48 | $170,848.96 | 05/07/2025 | 273,543 | $12.00 | $3,281,230.35 | |
| | 09/12/2024 | 6,452 | $26.48 | $170,848.96 | 05/07/2025 | 148,414 | $12.00 | $1,780,270.45 | |
| | 09/12/2024 | 3,593 | $26.48 | $95,142.64 | 05/07/2025 | 273,818 | $12.00 | $3,284,529.06 | |
| | 10/10/2024 | 5,945 | $24.47 | $145,474.15 | 05/07/2025 | 140,871 | $12.00 | $1,689,789.91 | |
| | 10/10/2024 | 5,945 | $24.47 | $145,474.15 | 05/07/2025 | 17,442 | $12.00 | $209,222.02 | |
| | 10/10/2024 | 5,946 | $24.47 | $145,498.62 | 05/07/2025 | 10,245 | $12.00 | $122,891.85 | |
| | 10/10/2024 | 5,938 | $24.47 | $145,302.86 | 05/07/2025 | 215,727 | $12.00 | $2,587,710.08 | |
| | 10/24/2024 | 984 | $23.27 | $22,897.68 | held | 21,451 | $11.35 | $243,573.49 | |
| | 11/07/2024 | 9,876 | $22.99 | $227,049.24 | | | | | |
| | 11/07/2024 | 22,508 | $22.99 | $517,458.92 | | | | | |
| | 11/07/2024 | 1,535 | $22.99 | $35,289.65 | | | | | |
| | 11/07/2024 | 22,819 | $22.99 | $524,608.81 | | | | | |
| | 11/07/2024 | 938 | $22.99 | $21,564.62 | | | | | |
| | 11/07/2024 | 9,811 | $22.99 | $225,554.89 | | | | | |
| | 12/06/2024 | 2,132 | $21.39 | $45,603.48 | | | | | |
| | 12/06/2024 | 2,438 | $21.39 | $52,148.82 | | | | | |
| | 12/06/2024 | 1,226 | $21.39 | $26,224.14 | | | | | |
| | 03/07/2025 | 186,147 | $17.31 | $3,222,800.24 | | | | | |
| | 03/07/2025 | 242,070 | $17.31 | $4,191,006.32 | | | | | |
| | 03/07/2025 | 144,497 | $17.31 | $2,501,705.46 | | | | | |
| | 03/07/2025 | 240,743 | $17.31 | $4,168,031.71 | | | | | |
| | 03/07/2025 | 142,300 | $17.31 | $2,463,668.36 | | | | | |
| | 03/07/2025 | 240,586 | $17.31 | $4,165,313.54 | | | | | |
| | 03/07/2025 | 131,060 | $17.31 | $2,269,067.99 | | | | | |
| | 03/07/2025 | 11,965 | $17.31 | $207,152.44 | | | | | |
| | 03/07/2025 | 1,650 | $17.31 | $28,566.78 | | | | | |
| | 03/07/2025 | 185,005 | $17.31 | $3,203,028.57 | | | | | |
| | 03/20/2025 | 3,778 | $16.64 | $62,884.05 | | | | | |
| | 03/20/2025 | 4,857 | $16.64 | $80,843.79 | | | | | |
| | 04/03/2025 | 3,066 | $15.65 | $47,993.94 | | | | | |
| | 04/16/2025 | 1,303 | $15.33 | $19,972.77 | | | | | |
| | 04/16/2025 | 2,336 | $15.33 | $35,806.91 | | | | | |
| | 04/25/2025 | 3,890 | $13.01 | $50,589.45 | | | | | |
| | 08/26/2025 | 19,004 | $13.30 | $252,753.20 | | | | | |
| | 10/13/2025 | 2,447 | $13.78 | $33,719.66 | | | | | |
| | | **1,689,875** | | **$29,942,374.39** | | **1,689,875** | | **$20,256,819.90** | **($9,685,554.50)** |
| **Michigan Carpenters' Pension Fund** | 10/25/2024 | 6,500 | $22.47 | $146,029.65 | held | 48,000 | $11.35 | $545,034.15 | |
| | 11/13/2024 | 6,300 | $21.80 | $137,346.30 | | | | | |
| | 01/31/2025 | 2,000 | $22.36 | $44,710.00 | | | | | |
| | 02/21/2025 | 1,361 | $17.24 | $23,467.59 | | | | | |

Movants' Purchases and Losses | Case 1:26-cv-00215-GBW | Document 12-5 | Filed 12/29/25 | Page 3 of 5 PageID #: 431 | Avantor, Inc.

Class Period: 03/05/2024 - 10/28/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| 02/25/2025 | 1,787 | $17.24 | $30,800.73 | | | |
| 02/26/2025 | 1,507 | $17.21 | $25,937.43 | | | |
| 02/27/2025 | 2,345 | $16.95 | $39,736.73 | | | |
| 04/03/2025 | 148 | $15.44 | $2,284.97 | | | |
| 04/04/2025 | 7,452 | $15.13 | $112,722.68 | | | |
| 04/25/2025 | 18,600 | $13.00 | $241,857.66 | | | |
| | **48,000** | | **$804,893.74** | **48,000** | **$545,034.15** | **($259,859.59)** |
| **Movants' Total** | **1,737,875** | | **$30,747,268.13** | **1,737,875** | **$20,801,854.04** | ***($9,945,414.09)*** |

*For shares held at the end of the class period, losses are calculated by multiplying the shares held by the average share price during the 90 calendar days after the end of the class period. The price used is $11.35 as of December 26, 2025 for common stock.

Opening position of 951,419 shares for KBC and 27,000 shares for Michigan Carpenters' Pension Fund.

Prices listed are rounded up to two decimal places.

Movants' Purchases and Losses (LIFO)

Class Period: 03/05/2024 - 10/28/2025

Avantor, Inc.

| Name | Date | Shares Acquired | Price | Total Cost | Date | Shares Disposed | Price | Total Proceeds | Total Gain (Loss)* |
|------|------|----------|-------|-----------|------|----------|-------|----------|-------------|
| **KBC Equity Fund** | 10/13/2025 | 2,447 | $13.78 | $33,719.66 | held | 2,447 | $11.35 | $27,785.39 | |
| | 08/26/2025 | 19,004 | $13.30 | $252,753.20 | held | 19,004 | $11.35 | $215,788.10 | |
| | 04/25/2025 | 3,828 | $13.01 | $49,783.14 | 04/25/2025 | 3,828 | $13.00 | $49,757.88 | |
| | 04/25/2025 | 62 | $13.01 | $806.31 | 04/25/2025 | 62 | $13.00 | $805.90 | |
| | 04/16/2025 | 1,471 | $15.33 | $22,547.93 | 04/16/2025 | 1,471 | $15.32 | $22,528.37 | |
| | 04/16/2025 | 865 | $15.33 | $13,258.98 | 04/16/2025 | 865 | $15.32 | $13,247.48 | |
| | 04/16/2025 | 606 | $15.33 | $9,288.95 | 04/16/2025 | 606 | $15.32 | $9,280.89 | |
| | 04/16/2025 | 697 | $15.33 | $10,683.83 | 04/25/2025 | 697 | $13.00 | $9,059.88 | |
| | 04/03/2025 | 3,066 | $15.65 | $47,993.94 | 04/10/2025 | 3,066 | $14.95 | $45,825.36 | |
| | 03/20/2025 | 2,865 | $16.64 | $47,687.35 | 04/01/2025 | 2,865 | $16.04 | $45,940.28 | |
| | 03/20/2025 | 1,992 | $16.64 | $33,156.44 | 04/02/2025 | 1,992 | $15.73 | $31,341.93 | |
| | 03/20/2025 | 199 | $16.64 | $3,312.32 | 04/02/2025 | 199 | $15.73 | $3,131.05 | |
| | 03/20/2025 | 1,026 | $16.64 | $17,077.56 | 04/02/2025 | 1,026 | $15.73 | $16,142.98 | |
| | 03/20/2025 | 2,208 | $16.64 | $36,751.72 | 04/10/2025 | 2,208 | $14.95 | $33,001.43 | |
| | 03/20/2025 | 345 | $16.64 | $5,742.46 | 04/25/2025 | 345 | $13.00 | $4,484.45 | |
| | 03/07/2025 | 3,522 | $17.31 | $60,977.09 | 04/25/2025 | 3,522 | $13.00 | $45,780.36 | |
| | 03/07/2025 | 4,136 | $17.31 | $71,607.40 | 04/25/2025 | 4,136 | $13.00 | $53,761.38 | |
| | 03/07/2025 | 177,347 | $17.31 | $3,070,444.08 | 05/07/2025 | 177,347 | $12.00 | $2,127,330.47 | |
| | 03/07/2025 | 1,650 | $17.31 | $28,566.78 | 05/07/2025 | 1,650 | $12.00 | $19,792.25 | |
| | 03/07/2025 | 10,216 | $17.31 | $176,871.65 | 05/07/2025 | 10,216 | $12.00 | $122,543.98 | |
| | 03/07/2025 | 1,749 | $17.31 | $30,280.79 | 05/07/2025 | 1,749 | $12.00 | $20,979.78 | |
| | 03/07/2025 | 131,060 | $17.31 | $2,269,067.99 | 05/07/2025 | 131,060 | $12.00 | $1,572,104.02 | |
| | 03/07/2025 | 143,314 | $17.31 | $2,481,223.94 | 05/07/2025 | 143,314 | $12.00 | $1,719,094.42 | |
| | 03/07/2025 | 97,272 | $17.31 | $1,684,089.59 | 05/07/2025 | 97,272 | $12.00 | $1,166,806.82 | |
| | 03/07/2025 | 50,442 | $17.31 | $873,312.43 | 05/07/2025 | 50,442 | $12.00 | $605,066.92 | |
| | 03/07/2025 | 91,858 | $17.31 | $1,590,355.93 | 05/07/2025 | 91,858 | $12.00 | $1,101,864.27 | |
| | 03/07/2025 | 181,685 | $17.31 | $3,145,548.74 | 05/07/2025 | 181,685 | $12.00 | $2,179,366.08 | |
| | 03/07/2025 | 59,058 | $17.31 | $1,022,482.97 | 05/07/2025 | 59,058 | $12.00 | $708,418.43 | |
| | 03/07/2025 | 89,356 | $17.31 | $1,547,038.30 | 05/07/2025 | 89,356 | $12.00 | $1,071,852.03 | |
| | 03/07/2025 | 55,141 | $17.31 | $954,667.16 | 05/07/2025 | 55,141 | $12.00 | $661,432.84 | |
| | 03/07/2025 | 218,677 | $17.31 | $3,785,998.64 | 05/07/2025 | 218,677 | $12.00 | $2,623,096.22 | |
| | 03/07/2025 | 23,393 | $17.31 | $405,007.69 | 05/07/2025 | 23,393 | $12.00 | $280,606.05 | |
| | 03/07/2025 | 117,478 | $17.31 | $2,033,920.11 | 05/07/2025 | 117,478 | $12.00 | $1,409,183.85 | |
| | 03/07/2025 | 17,442 | $17.31 | $301,976.83 | 05/07/2025 | 17,442 | $12.00 | $209,222.02 | |
| | 03/07/2025 | 10,245 | $17.31 | $177,373.73 | 05/07/2025 | 10,245 | $12.00 | $122,891.85 | |
| | 03/07/2025 | 40,982 | $17.31 | $709,529.56 | 05/07/2025 | 40,982 | $12.00 | $491,591.38 | |
| | 12/06/2024 | 1,226 | $21.39 | $26,224.14 | 12/06/2024 | 1,226 | $21.39 | $26,224.14 | |
| | 12/06/2024 | 2,438 | $21.39 | $52,148.82 | 12/06/2024 | 2,438 | $21.39 | $52,148.82 | |
| | 12/06/2024 | 2,132 | $21.39 | $45,603.48 | 12/06/2024 | 2,132 | $21.39 | $45,603.48 | |
| | 11/07/2024 | 2,131 | $22.99 | $48,991.69 | 12/06/2024 | 2,131 | $21.39 | $45,582.09 | |
| | 11/07/2024 | 7,680 | $22.99 | $176,563.20 | 12/06/2024 | 7,680 | $21.39 | $164,275.20 | |
| | 11/07/2024 | 671 | $22.99 | $15,426.29 | 12/06/2024 | 671 | $21.39 | $14,352.69 | |
| | 11/07/2024 | 267 | $22.99 | $6,138.33 | 01/23/2025 | 267 | $21.87 | $5,839.29 | |
| | 11/07/2024 | 9,609 | $22.99 | $220,910.91 | 01/23/2025 | 9,609 | $21.87 | $210,148.83 | |
| | 11/07/2024 | 7,028 | $22.99 | $161,573.72 | 01/23/2025 | 7,028 | $21.87 | $153,702.36 | |
| | 11/07/2024 | 6,182 | $22.99 | $142,124.18 | 01/23/2025 | 6,182 | $21.87 | $135,200.34 | |

Movants' Purchases and Losses (LIFO)

Class Period: 03/05/2024 - 10/28/2025

Avantor, Inc.

| Date | Shares | Price | Cost | Date | Shares | Price | Proceeds | Loss |
|---|---|---|---|---|---|---|---|---|
| 11/07/2024 | 701 | $22.99 | $16,115.99 | 01/23/2025 | 701 | $21.87 | $15,330.87 | |
| 11/07/2024 | 834 | $22.99 | $19,173.66 | 01/23/2025 | 834 | $21.87 | $18,239.58 | |
| 11/07/2024 | 392 | $22.99 | $9,012.08 | 01/23/2025 | 392 | $21.87 | $8,573.04 | |
| 11/07/2024 | 1,242 | $22.99 | $28,553.58 | 01/23/2025 | 1,242 | $21.87 | $27,162.54 | |
| 11/07/2024 | 4,725 | $22.99 | $108,627.75 | 02/20/2025 | 4,725 | $17.49 | $82,640.25 | |
| 11/07/2024 | 3,683 | $22.99 | $84,672.17 | 02/20/2025 | 3,683 | $17.49 | $64,415.67 | |
| 11/07/2024 | 3,838 | $22.99 | $88,235.62 | 02/20/2025 | 3,838 | $17.49 | $67,126.62 | |
| 11/07/2024 | 8,628 | $22.99 | $198,357.72 | 05/07/2025 | 8,628 | $12.00 | $103,495.45 | |
| 11/07/2024 | 9,876 | $22.99 | $227,049.24 | 05/07/2025 | 9,876 | $12.00 | $118,465.58 | |
| 10/24/2024 | 984 | $23.27 | $22,897.68 | 05/07/2025 | 984 | $12.00 | $11,803.38 | |
| 10/10/2024 | 5,938 | $24.47 | $145,302.86 | 05/07/2025 | 5,938 | $12.00 | $71,228.09 | |
| 10/10/2024 | 5,946 | $24.47 | $145,498.62 | 05/07/2025 | 5,946 | $12.00 | $71,324.05 | |
| 10/10/2024 | 5,945 | $24.47 | $145,474.15 | 05/07/2025 | 5,945 | $12.00 | $71,312.06 | |
| 10/10/2024 | 5,945 | $24.47 | $145,474.15 | 05/07/2025 | 5,945 | $12.00 | $71,312.06 | |
| 09/12/2024 | 3,593 | $26.48 | $95,142.64 | 09/23/2024 | 3,593 | $26.59 | $95,524.58 | |
| 09/12/2024 | 6,452 | $26.48 | $170,848.96 | 09/23/2024 | 6,452 | $26.59 | $171,534.81 | |
| 09/12/2024 | 6,452 | $26.48 | $170,848.96 | 09/23/2024 | 6,452 | $26.59 | $171,534.81 | |
| 09/12/2024 | 6,093 | $26.48 | $161,342.64 | 09/23/2024 | 6,093 | $26.59 | $161,990.33 | |
| 07/23/2024 | 787 | $21.17 | $16,660.79 | 08/12/2024 | 787 | $24.64 | $19,391.68 | |
| 04/30/2024 | 1,753 | $24.23 | $42,475.19 | 06/06/2024 | 1,753 | $24.08 | $42,210.84 | |
| | **1,689,875** | | **$29,942,374.39** | | **1,689,875** | | **$21,158,600.29** | **($8,783,774.10)** |
| **Michigan Carpenters' Pension Fund** | | | | | | | | |
| 04/25/2025 | 3,000 | $13.00 | $39,009.30 | 07/08/2025 | 3,000 | $13.73 | $41,203.80 | |
| 04/25/2025 | 15,600 | $13.00 | $202,848.36 | held | 15,600 | $11.35 | $177,136.10 | |
| 04/04/2025 | 7,452 | $15.13 | $112,722.68 | held | 7,452 | $11.35 | $84,616.55 | |
| 04/03/2025 | 148 | $15.44 | $2,284.97 | held | 148 | $11.35 | $1,680.52 | |
| 02/27/2025 | 2,345 | $16.95 | $39,736.73 | held | 2,345 | $11.35 | $26,627.19 | |
| 02/26/2025 | 1,507 | $17.21 | $25,937.43 | held | 1,507 | $11.35 | $17,111.80 | |
| 02/25/2025 | 1,787 | $17.24 | $30,800.73 | held | 1,787 | $11.35 | $20,291.17 | |
| 02/21/2025 | 1,361 | $17.24 | $23,467.59 | held | 1,361 | $11.35 | $15,453.99 | |
| 01/31/2025 | 2,000 | $22.36 | $44,710.00 | held | 2,000 | $11.35 | $22,709.76 | |
| 11/13/2024 | 6,300 | $21.80 | $137,346.30 | held | 6,300 | $11.35 | $71,535.73 | |
| 10/25/2024 | 6,500 | $22.47 | $146,029.65 | held | 6,500 | $11.35 | $73,806.71 | |
| | **48,000** | | **$804,893.74** | | **48,000** | | **$552,173.31** | **($252,720.42)** |
| **Movants' Total** | **1,737,875** | | **$30,747,268.13** | | **1,737,875** | | **$21,710,773.60** | **($9,036,494.53)** |

*For shares held at the end of the class period, losses are calculated by multiplying the shares held by the average share price during the 90 calendar days after the end of the class period.  The price used is $11.35 as of December 26, 2025 for common stock.

Opening position of 951,419 shares for KBC and 27,000 shares for Michigan Carpenters' Pension Fund.

Prices listed are rounded up to two decimal places.