# EXHIBIT D

## DECLARATION OF ASSIGNMENT BY KBC EQUITY FUND NV
## <u>TO KBC ASSET MANAGEMENT NV</u>

We, Sara Baeten and Peter Van Vught, hereby declare as follows:

1.      We are the representatives of KBC Equity Fund NV (the "Fund") and we have personal knowledge of all matters stated herein.

2.      The Fund is governed by Belgian law.

3.      On or about December 29, 2025, KBC Asset Management NV ("KBC") will file a Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel (the "Motion") in an action against Avantor, Inc. (the "Lawsuit").

4.      KBC has authority, under its investment management agreement, to file the Motion, to seek appointment as Lead Plaintiff in the Lawsuit, to pursue the Lawsuit, and to act on behalf of the Fund.

On behalf of the Fund, we hereby execute and submit this declaration: (a) declaring that the Fund will be bound by the result of the Motion and the Lawsuit; and (b) assigning to KBC any and all claims of the Fund and its sub-funds against the defendants in the Lawsuit.

We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Brussels, Belgium this 17th day of December, 2025.

For KBC Equity Fund NV (Assignor):

Sara Baeten (Dec 17, 2025 18:35:53 GMT+1)

_____
Sara Baeten
Director

Peter van Vught (Dec 17, 2025 17:08:29 GMT+1)

_____
Peter Van Vught
Director

For KBC Management NV (Assignee):

Hiergens (Dec 17, 2025 19:41:40 GMT+1)

_____
Ilse Hiergens
Executive Director

Jürgen Verschaeve (Dec 18, 2025 07:17:53 GMT+1)

_____
Jürgen Verschaeve
Executive Director