# EXHIBIT F

**JOINT DECLARATION IN SUPPORT OF LEAD PLAINTIFF MOTION**

We, Bart Elst and James E. Schreiber, the representatives of KBC Asset Management NV ("KBC") and Michigan Carpenters' Pension Fund ("Michigan Carpenters," and with KBC, the "Institutional Investors"), pursuant to 28 U.S.C. §1746, declare as follows:

1.      We respectfully submit this Joint Declaration in support of the Institutional Investors' motion for appointment as lead plaintiff pursuant to the Private Securities Litigation Reform Act of 1995, and for approval of our selection of Motley Rice LLC and Robbins Geller Rudman & Dowd LLP as lead counsel in the pending securities class action on behalf of purchasers of Avantor, Inc. ("Avantor") common stock between March 5, 2024 and October 28, 2025, inclusive (the "Class Period").

2.      We each have personal knowledge about the information in this Joint Declaration relating to our own activities, actions, and beliefs.

3.      I, Bart Elst, am a Senior Company Lawyer at KBC. I am authorized to make this declaration on behalf of KBC. KBC is an asset management company based in Brussels, Belgium, with assets under management in excess of €200 billion. KBC serves as the investment management company for KBC Equity Fund NV, which assigned its claims to KBC in this Action.  KBC has prior experience serving as lead plaintiff individually and with others in securities litigation, including with Robbins Geller and Motley Rice as lead counsel. As reflected in KBC's Certification, KBC Equity Fund NV purchased Avantor common stock during the Class Period and suffered substantial losses as a result of the alleged violations of the federal securities laws in this Action.

4.      I, James E. Schreiber, am the Plan Manager of Michigan Carpenters, and am authorized to make this declaration on its behalf. Michigan Carpenters is a multiemployer Taft-Hartley fund providing retirement benefits for union carpenters across the state of Michigan, overseeing over $700 million in total assets on behalf of thousands of members. As reflected in

Michigan Carpenters' Certification, it purchased Avantor common stock during the Class Period and suffered substantial losses as a result of the alleged violations of the federal securities laws in this Action.

5.    In exploring their potential leadership of this Action, the Institutional Investors expressed an interest to their respective counsel in collaborating with other sophisticated institutional investors in seeking joint lead plaintiff appointment. After considering the benefits and potential drawbacks of proceeding individually or jointly as lead plaintiff, KBC and Michigan Carpenters each determined that they could maximize the class's recovery by pooling their respective resources and experience and jointly seeking appointment as lead plaintiff.

6.    Before filing our motion, we conferred to discuss our leadership and oversight of this litigation. We considered, among other things, the merits of this Action, the strategy for joint prosecution of this Action, our shared commitment to devote resources to the class, the strengths of seeking appointment together, the lead plaintiff's responsibilities, our oversight of Motley Rice and Robbins Geller, and the lead plaintiff motion process. We also established protocols to prosecute the case jointly, including how we would approach making joint decisions on short notice and resolve any potential differences of opinion arising during the joint decision-making process. If appointed lead plaintiff, we will continue to confer as necessary, with or without counsel, to ensure effective oversight and direction of counsel.

7.    The Institutional Investors are committed to prosecuting this case vigorously and agree that jointly seeking appointment as lead plaintiff is in the class's best interest. To that end, the Institutional Investors are sophisticated institutional fiduciaries with experience serving as lead plaintiffs in securities litigation who are dedicated to ensuring effective oversight of counsel and this litigation. The Institutional Investors understand that a lead plaintiff acts on behalf of and for the benefit of **all** class members and oversees and directs counsel throughout the litigation. The

Institutional Investors are aware of the requirements and responsibilities of serving as a lead plaintiff in a securities class action brought under the Private Securities Litigation Reform Act of 1995, including directing counsel, reviewing and commenting on important documents in the case, attending important court hearings, as needed, participating in discovery (including depositions and providing evidence relating to our investments in Avantor common stock), participating in settlement discussions, attending trial, if necessary, and/or deciding whether to accept any potential settlement on behalf of the class, as well as approving any attorneys' fees and cost requests by counsel. The Institutional Investors are willing to undertake these responsibilities on behalf of the class.

8.      The Institutional Investors understand that, as lead plaintiff, it is also our responsibility to select counsel for the class. The Institutional Investors have selected Motley Rice and Robbins Geller to serve as lead counsel for the putative class based on both the firms' overall experience, our institutions' productive past working relationship with both firms, as well as their track record of working together to prosecute complex securities litigations efficiently and effectively. We are aware that Motley Rice and Robbins Geller have a long history of successfully working together on behalf of defrauded investors in securities class actions, including under KBC's direction in *In re Twitter Inc. Securities Litigation*, No. 4:16-cv-05314-JST (SK) (N.D. Cal.), which yielded a $809.5 million recovery; *In re Under Armour Securities Litigation*, No. 1:17-cv-00388-RDB (D. Md.), which yielded a $434 million recovery; and *KBC Asset Management NV v. 3D Systems Corp.*, No. 15-cv-02393 (D.S.C.), which yielded a $50 million recovery.

I, Bart Elst, declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct. Executed on December 23, 2025.

_____
KBC ASSET MANAGEMENT NV
BY: Bart Elst, Senior Company Lawyer

I, James E. Schreiber, declare under penalty of perjury that the foregoing is true and correct.

Executed on December 24, 2025.

Signed by:

James Schreiber

B7B44E37521746...

_____

MICHIGAN CARPENTERS' PENSION FUND
BY:  James E. Schreiber, Plan Manager