UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BUILDING TRADES PENSION FUND OF WESTERN PENNSYLVANIA, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | Civ. Action No. 2:25-cv-06187-GAM |
| | ) | CLASS ACTION |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| AVANTOR, INC., et al., | ) ) ) | |
| Defendants. | ) ) ) | |
| CITY OF PONTIAC REESTABLISHED GENERAL EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) ) | Civ. Action No. 2:25-cv- 06686-GAM CLASS ACTION |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| AVANTOR, INC., et al., | ) ) ) | |
| Defendants. | ) ) ) | |

**[PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS, APPOINTING LEAD PLAINTIFF, AND APPROVING LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL**

4923-6662-3621.v1

Having considered KBC Asset Management NV and Michigan Carpenters' Pension Fund's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Selection of Lead Counsel (the "Motion"), and good cause appearing therefor, the Court ORDERS as follows:

1.    The Motion is GRANTED;

2.    Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, *Building Trades Pension Fund of W. Pa. v. Avantor, Inc.*, No. 2:25-cv-06187 and *City of Pontiac Reestablished Gen. Emps.' Ret. Sys v. Avantor, Inc.*, No. 2:25-cv-06686 are consolidated as:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re AVANTOR, INC. SECURITIES LITIGATION | ) ) ) | Master File No. 2:25-cv-06187-GAM |
| | ) | CLASS ACTION |
| This Document Relates To: | ) ) ) | |
| ALL ACTIONS. | ) ) ) | |

(a)    The file in Case No. 2:25-cv-06187-GAM shall constitute the master file for every action in the consolidated action.  The Clerk shall administratively close the other action. All securities class actions arising out of the same facts and claims on behalf of purchasers of Avantor, Inc. securities subsequently filed in, or transferred to, this District shall be consolidated into this action.  The parties shall notify the Court of any other such related action within a reasonable time of becoming aware of such related action.  This Order shall apply to every such action, absent an order of the Court.  A party objecting to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order within ten days after the action is consolidated into this action. When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To:".  When a pleading applies to some, but not all, of the actions, the document shall list, immediately after the phrase "This Document Relates To:", the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action;

- 1 -

4923-6662-3621.v1

- 2 -

     (b)    This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, with good cause shown.

     3.    The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4(a)(3)(B), hereby appoints KBC Asset Management NV and Michigan Carpenters' Pension Fund as Lead Plaintiff;

     4.    KBC Asset Management NV and Michigan Carpenters' Pension Fund's selection of Motley Rice LLC and Robbins Geller Rudman & Dowd LLP as Lead Counsel is approved pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v).  Lead Counsel shall have the following responsibilities and duties on behalf of Lead Plaintiff and the putative class:

     (a)    the preparation and filing of all pleadings;

     (b)    the briefing and argument of all motions;

     (c)    the conduct of all discovery proceedings and depositions;

     (d)    settlement negotiations;

     (e)    the pretrial discovery proceedings and the preparation for trial and the trial of this matter; and

     (f)    the supervision of all other matters concerning the prosecution or resolution of this action.

IT IS SO ORDERED.

DATED: _____    _____

                        THE HONORABLE GERALD A. McHUGH
                        UNITED STATES DISTRICT JUDGE

4923-6662-3621.v1

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS
MICHAEL ALBERT
KENNETH P. DOLITSKY
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
dmyers@rgrdlaw.com
malbert@rgrdlaw.com
kdolitsky@rgrdlaw.com

MOTLEY RICE LLC
CHRISTOPHER F. MORIARTY
ANDREW P. ARNOLD
28 Bridgeside Boulevard
Mount Pleasant, SC  29464
Telephone:  843/216-9000
cmoriarty@motleyrice.com
aarnold@motleyrice.com

MOTLEY RICE LLC
MICHAEL J. QUIRK
1717 Arch Street, Suite 3610
Philadelphia, PA 19103
Telephone:  267/267-4740
mquirk@motleyrice.com

Proposed Lead Counsel for Proposed Lead
Plaintiffs

- 3 -

4923-6662-3621.v1