# Exhibit 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:   10/23/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ─────────────────────────── x | |
| PRATHIK PATEL, Individually and on Behalf : of All Others Similarly Situated, | Civil Action No. 1:24-cv-06033-ALC |
| : | |
| : | CLASS ACTION |
| Plaintiff, : | |
| : | JOINT STIPULATION AND ORDER |
| : | APPOINTING THE FOGEL TRUST AND |
| vs. : | MACOMB COUNTY AS LEAD PLAINTIFF |
| : | |
| LULULEMON ATHLETICA INC., CALVIN : MCDONALD, and MEGHAN FRANK, | |
| : | |
| : | |
| Defendants. : | |
| : | |
| ─────────────────────────── x | |

WHEREAS, on August 8, 2024, plaintiff Prathik Patel commenced the above-captioned action by filing a securities class action complaint on behalf of a purported class of purchasers or acquirers of lululemon athletica inc. ("lululemon") securities;

WHEREAS, on October 7, 2024, the John Fogel Revocable Trust ("Fogel Trust") moved this Court for appointment as lead plaintiff and approval of his selection of counsel, claiming losses of $1,077,536 in connection with his purchases of lululemon securities (*see* ECF 25, 28-1);

WHEREAS, on October 7, 2024, Macomb County Employees' Retirement System, Macomb County Retiree Health Care Fund, and Macomb County Intermediate Retirees Medical Benefits Trust (collectively, "Macomb County") moved this Court for appointment as lead plaintiff and approval of its selection of counsel, claiming losses of $397,214 in connection with its purchases of lululemon securities (*see* ECF 20, 22-3);

WHEREAS, on October 7, 2024, three other movants filed motions seeking appointment as lead plaintiff and approval of their selection of counsel: (1) Paul Degeare; (2) Michael Kim; and (3) Fenni Chenchen and MH Group New York Corporation.  *See* ECF 9, 12, 15.

WHEREAS, on October 10, 16, and 21, 2024, the three above-numbered movants either withdrew their lead plaintiff motions or notified the Court that they did not oppose the Fogel Trust's or Macomb County's motions to be appointed lead plaintiff because these movants did not possess the "largest financial interest" in the relief sought by the class, as required by the Private Securities Litigation Reform Act of 1995 ("PSLRA").  *See* ECF 29, 30, 31.

WHEREAS, the PSLRA, 15 U.S.C. §78u-4(a)(3)(B)(iii), provides, among other things, that the most adequate plaintiff to serve as lead plaintiff is, in the determination of the Court, the "person or group of persons" that has the largest financial interest in the relief sought by the class and otherwise satisfies the relevant requirements of Rule 23 of the Federal Rules of Civil Procedure;

- 1 -

WHEREAS, the Fogel Trust and Macomb County have provided signed, sworn Certifications in support of their motions for appointment as lead plaintiff setting forth, among other things, their transactions in lululemon securities (*see* ECF 28-2, 22-2);

WHEREAS, 15 U.S.C. §78u-4(a)(3)(B)(iv) provides that, subject to the approval of the Court, the most adequate plaintiff will select and retain counsel to represent the class, and the Fogel Trust has selected and retained the law firm of Pomerantz LLP, and Macomb County has selected and retained the law firm of Robbins Geller Rudman & Dowd LLP, to pursue this litigation on behalf of the class if they are appointed lead plaintiff;

WHEREAS, after reviewing each other's submissions to the Court, the Fogel Trust (a personal investment trust of trustee, John Fogel, who has more than 30 years of investing experience, formed under the laws of the State of Illinois) and Macomb County (three related funds that provide retirement and related benefits for Macomb County public employees, managing more than $1 billion in assets for thousands of participants, pensioners, and beneficiaries) – as the only movants still in contention for appointment as lead plaintiff and as a combination of an individual and institutional investor with the largest financial interests in the relief sought by the class – met and conferred through their counsel and agreed to resolve their competing motions and to seek, with the Court's approval, to serve jointly as lead plaintiff and for their selection of counsel, the law firms of Pomerantz and Robbins Geller, to serve as lead counsel;

WHEREAS, courts have appointed a group of lead plaintiffs consisting of an individual investor and an institutional investor because the individual investor "'will be able to benefit from the investment experience of [the institution], as an institutional investor,'" and finding that "'the appointment of both institutional investors . . . and individual investors with large financial interests'" satisfies "'one of the goals of the PSLRA.'" *Odeh v. Immunomedics, Inc.*, 2019 WL

8091604, at *3 (D.N.J. Sept. 10, 2019) (quoting *In re Party City Sec. Litig.*, 189 F.R.D. 91, 114 (D.N.J. 1999); *Huang v. Sundial Growers Inc.*, No. 1:19-cv-10157-ALC, ECF 14 (S.D.N.Y. Dec. 20, 2019) (Carter, J.) (granting stipulation of individual and institution to serve as co-lead plaintiffs);

WHEREAS, the law firms of Pomerantz and Robbins Geller have litigated securities fraud class actions leading to significant settlements in the past and in this case have agreed to protocols in order to ensure an efficient and cost-effective representation of the class, thereby assuring the class will receive adequate representation. *See Klein v. Altria Grp., Inc.*, No. 3:20-cv-00075-DJN, ECF 320 (E.D. Va. Mar. 31, 2022) (final approval of $90 million settlement in securities class action litigated jointly by Pomerantz and Robbins Geller, among others); *Howard v. Arconic Inc.*, No. 2:17-cv-01057-MRH, ECF 252 (W.D. Pa. Aug. 9, 2023) (final approval of $74 million settlement in securities class action litigated jointly by Pomerantz and Robbins Geller as lead counsel); *Chun v. Fluor Corp.*, No. 3:18-cv-01338-X, ECF 171 (N.D. Tex. Nov. 8, 2022) (final approval of $33 million settlement in securities class action litigated jointly by Pomerantz and Robbins Geller as lead counsel).

NOW, THEREFORE the Fogel Trust and Macomb County hereby stipulate and agree and respectfully request that the Court enter an Order as follows:

1.      Pursuant to 15 U.S.C. §78u-4(a)(3)(B), the Fogel Trust and Macomb County are appointed Lead Plaintiff for the class; and

2.      Pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v), Lead Plaintiff's selection of Pomerantz LLP and Robbins Geller Rudman & Dowd LLP as Lead Counsel is approved.  Lead Counsel shall have the following responsibilities and duties on behalf of Lead Plaintiff and the putative class:

(a)      preparing and filing all pleadings;

(b)      briefing and arguing any and all motions;

- 3 -

(c)      conducting any and all discovery proceedings including depositions;

(d)      settlement negotiations;

(e)      pretrial discovery proceedings and the preparation for trial and the trial of this matter; and

(f)      the supervision of all other matters concerning the prosecution or resolution of the consolidated action.

3.      All securities class actions on behalf of purchasers of lululemon athletica inc. securities arising out of the same or substantially similar subject matter subsequently filed in, or transferred to, this District shall be consolidated into this action.  The parties shall notify the Court of any other such related action within a reasonable time of becoming aware of such related action. This Order shall apply to every such action, absent an order of the Court.  A party objecting to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order within ten days after the action is consolidated into this action.

DATED:  October 21, 2024                POMERANTZ LLP
                                        JEREMY A. LIEBERMAN
                                        J. ALEXANDER HOOD II
                                        JAMES M. LOPIANO

                                        *s/ J. Alexander Hood II (w/ permission)*
                                        J. ALEXANDER HOOD II

                                        600 Third Avenue, 20th Floor
                                        New York, NY  10016
                                        Telephone:  212/661-1100
                                        212/661-8665 (fax)
                                        jalieberman@pomlaw.com
                                        ahood@pomlaw.com
                                        jlopiano@pomlaw.com

                                        Counsel for the Fogel Trust and Proposed Lead
                                        Counsel for Proposed Lead Plaintiff

- 4 -

BRONSTEIN, GEWIRTZ &
GROSSMAN, LLC
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: 212/697-6484
212-697-7296 (fax)
peretz@bgandg.com

Additional Counsel for the Fogel Trust

DATED:  October 21, 2024

ROBBINS GELLER RUDMAN
   & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD


                    s/ David A. Rosenfeld
          DAVID A. ROSENFELD

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com

ROBBINS GELLER RUDMAN
   & DOWD LLP
DANIELLE S. MYERS
MICHAEL ALBERT
KENNETH P. DOLITSKY
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
malbert@rgrdlaw.com
kdolitsky@rgrdlaw.com

Counsel for Macomb County and Proposed Lead
Counsel for Proposed Lead Plaintiff

- 5 -

VANOVERBEKE, MICHAUD
  & TIMMONY, P.C.
THOMAS C. MICHAUD
79 Alfred Street
Detroit, MI  48201
Telephone:  313/578-1200
tmichaud@vmtlaw.com

Additional Counsel for Macomb County

     *    *    *

ORDER

IT IS SO ORDERED.

DATED: October 23, 2024

New York, New York

_____
THE HONORABLE ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

- 6 -