EXHIBIT 1

Case 1:26-cv-00215-GBW    Document 22-2    Filed 01/12/26    Page 1 of 6 PageID #: 529

**MercLan - Very Defensive Portfolio - LIFO Loss**
Avantor, Inc.
Class Period: 03/05/2024 to 10/28/2025
Lookback Price: $11.3545 (10/29/25 - 12/26/25)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Sale | 02/11/25 | 908 | $18.390 | $16,698.12 |
| | | | | | Sale | 02/11/25 | 271 | $18.390 | $4,983.69 |
| | | | | | Sale | 04/28/25 | 502 | $12.561 | $6,305.79 |
| | | | | | Sale | 04/28/25 | 491 | $12.450 | $6,112.90 |
| | | | | | Sale | 04/29/25 | 898 | $12.612 | $11,325.60 |
| Purchase | 01/14/25 | 2,772 | $21.816 | $60,474.78 | | | | | |
| Purchase | 01/14/25 | 298 | $21.872 | $6,517.93 | Retained | | 0 | $11.355 | $0.00 |
| | | 3,070 | | $66,992.71 | | | 3,070 | | $45,426.11 |
| | | | | | | | LIFO Gain / (Loss) | | ($21,566.60) |

**MercLan - Growth Portfolio - LIFO Loss**
Avantor, Inc.
Class Period: 03/05/2024 to 10/28/2025
Lookback Price: $11.3545 (10/29/25 - 12/26/25)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Sale | 08/29/24 | 4,189 | $25.490 | $106,776.77 |
| | | | | | Sale | 02/04/25 | 5,358 | $22.028 | $118,027.63 |
| | | | | | Sale | 04/28/25 | 73,543 | $12.561 | $923,798.85 |
| Purchase | 04/16/24 | 164,667 | $24.598 | $4,050,509.00 | Sale | 04/28/25 | 72,019 | $12.450 | $896,629.78 |
| Purchase | 12/02/24 | 56,650 | $21.006 | $1,190,002.31 | Sale | 04/29/25 | 131,659 | $12.612 | $1,660,486.86 |
| Purchase | 12/03/24 | 36,610 | $21.062 | $771,072.50 | | | | | |
| Purchase | 01/24/25 | 8,095 | $22.034 | $178,366.04 | | | | | |
| Purchase | 03/25/25 | 13,092 | $16.350 | $214,054.20 | | | | | |
| Purchase | 04/07/25 | 7,654 | $15.2353 | $116,610.99 | Retained | | 0 | $11.355 | $0.00 |
| | | 286,768 | | $6,520,615.03 | | | 286,768 | | $3,705,719.89 |
| | | | | | | | LIFO Gain / (Loss) | | ($2,814,895.14) |

**MercLan - Defensive Portfolio - LIFO Loss**
Avantor, Inc.
Class Period: 03/05/2024 to 10/28/2025
Lookback Price: $11.3545 (10/29/25 - 12/26/25)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Sale | 04/28/25 | 36,502 | $12.561 | $458,514.14 |
| | | | | | Sale | 04/28/25 | 35,745 | $12.450 | $445,021.89 |
| | | | | | Sale | 04/29/25 | 65,346 | $12.612 | $824,145.52 |
| Purchase | 01/14/25 | 118,680 | $21.816 | $2,589,158.48 | | | | | |
| Purchase | 01/14/25 | 12,740 | $21.872 | $278,652.30 | | | | | |
| Purchase | 04/07/25 | 6,173 | $15.235 | $94,047.51 | Retained | | 0 | $11.355 | $0.00 |
| | | 137,593 | | $2,961,858.29 | | | 137,593 | | $1,727,681.55 |
| | | | | | | LIFO Gain / (Loss) | | | ($1,234,176.74) |

**MercLan - Balanced Portfolio - LIFO Loss**
Avantor, Inc.
Class Period: 03/05/2024 to 10/28/2025
Lookback Price: $11.3545 (10/29/25 - 12/26/25)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Sale | 02/24/25 | 40,226 | $17.567 | $706,664.42 |
| | | | | | Sale | 04/28/25 | 93,371 | $12.561 | $1,172,865.16 |
| | | | | | Sale | 04/28/25 | 91,436 | $12.450 | $1,138,369.61 |
| | | | | | Sale | 04/29/25 | 167,153 | $12.612 | $2,108,138.15 |
| Purchase | 01/14/25 | 344,330 | $21.816 | $7,512,006.58 | | | | | |
| Purchase | 01/14/25 | 36,962 | $21.872 | $808,441.62 | | | | | |
| Purchase | 04/07/25 | 10,894 | $15.235 | $165,973.36 | Retained | | 0 | $11.355 | $0.00 |
| | | 392,186 | | $8,486,421.56 | | | 392,186 | | $5,126,037.33 |
| | | | | | | LIFO Gain / (Loss) | | | ($3,360,384.23) |





**Kempen International Funds - MercLan Patrimonium - LIFO Loss**
Avantor, Inc.
Class Period: 03/05/2024 to 10/28/2025
Lookback Price: $11.3545 (10/29/25 - 12/26/25)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 01/12/22 | 25,976 | $38.990 | $1,012,804.24 | | | | | |
| Purchase | 01/12/22 | 66,753 | $38.990 | $2,602,699.47 | | | | | |
| Purchase | 01/13/22 | 107,500 | $38.370 | $4,124,775.00 | | | | | |
| Purchase | 02/23/22 | 43,000 | $33.890 | $1,457,270.00 | | | | | |
| Purchase | 03/08/22 | 9,000 | $32.860 | $295,740.00 | | | | | |
| Purchase | 03/28/22 | 45,000 | $33.880 | $1,524,600.00 | | | | | |
| Purchase | 05/23/22 | 28,000 | $31.400 | $879,200.00 | | | | | |
| Purchase | 08/18/22 | 34,000 | $27.090 | $921,060.00 | Sale | 04/28/25 | 25,976 | $12.450 | $323,398.76 |
| Purchase | 02/20/24 | 120,968 | $23.950 | $2,897,183.60 | Sale | 04/29/25 | 454,221 | $12.612 | $5,728,647.52 |
| Total Pre - Class Period Holdings: | | 480,197 | | $15,715,332.31 | Applied to Pre-Class Period Holdings: | | 480,197 | | $6,052,046.27 |

**1,036,595** Total Shares Sold

**$13,230,750** Total Proceeds

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 06/12/24 | 27,921 | $22.538 | $629,282.38 | Sale | 04/24/25 | 80,184 | $15.235 | $1,221,610.30 |
| Purchase | 12/02/24 | 189,682 | $21.006 | $3,984,501.63 | Sale | 04/28/25 | 253,724 | $12.561 | $3,187,114.19 |
| Purchase | 12/03/24 | 122,579 | $21.062 | $2,581,734.38 | Sale | 04/28/25 | 222,490 | $12.450 | $2,769,979.59 |
| Purchase | 01/13/25 | 36,906 | $22.250 | $821,167.87 | | | | | |
| Purchase | 01/28/25 | 62,917 | $22.606 | $1,422,279.93 | | | | | |
| Purchase | 04/07/25 | 57,095 | $15.235 | $869,859.45 | | | | | |
| Purchase | 04/16/25 | 59,298 | $15.271 | $905,559.15 | Retained | | 0 | $11.355 | $0.00 |
| | | **556,398** | | **$11,214,384.80** | | | 556,398 | | $7,178,704.07 |

Total Shares Purchased — Total Expenditures

LIFO Gain / (Loss)  ($4,035,680.73)

Net Shares (Shares Sold - Shares Purchased) = **480,197 Sold**

Net Funds (Proceeds - Expenditures) = **$2,016,365.54  in Proceeds**

**Macomb County Employees' Retirement System - LIFO Loss**
Avantor, Inc.
Class Period: 03/05/2024 to 10/28/2025
Lookback Price: $11.3545 (10/29/25 - 12/26/25)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Holdings | | 86,855 | | | | | | | |
| | | | | | Sale | 08/12/24 | 6,000 | $24.61 | $147,650.40 |
| | | | | | Applied to Pre-Class Period Holdings: | | 6,000 | | $147,650.40 |
| Purchase | 10/25/24 | 6,500 | $22.466 | $146,029.65 | Sale | 06/18/25 | 5,285 | $13.241 | $69,980.27 |
| Purchase | 11/13/24 | 10,500 | $21.801 | $228,910.50 | Sale | 07/08/25 | 5,000 | $13.735 | $68,673.00 |
| Purchase | 11/20/24 | 15,080 | $19.980 | $301,298.40 | | | | | |
| Purchase | 02/21/25 | 2,331 | $17.243 | $40,193.20 | | | | | |
| Purchase | 02/25/25 | 3,064 | $17.236 | $52,811.10 | | | | | |
| Purchase | 02/26/25 | 2,584 | $17.211 | $44,474.00 | | | | | |
| Purchase | 02/27/25 | 4,021 | $16.945 | $68,137.05 | | | | | |
| Purchase | 03/10/25 | 10,905 | $17.400 | $189,743.73 | | | | | |
| Purchase | 04/03/25 | 232 | $15.439 | $3,581.85 | | | | | |
| Purchase | 04/04/25 | 11,768 | $15.127 | $178,008.65 | | | | | |
| Purchase | 04/25/25 | 30,000 | $13.003 | $390,093.00 | | | | | |
| Purchase | 07/18/25 | 15,075 | $13.216 | $199,234.22 | Retained | | 101,775 | $11.355 | $1,155,605.48 |
| | | **112,060** | | **$1,842,515.35** | | | 112,060 | | $1,294,258.75 |

LIFO Gain / (Loss)  ($548,256.60)

## *Lax* Factor Summary

| Movant | Total Shares Purchased | Total Net Shares Purchased/ (Sold) | Net Funds Received / (Expended) | Claimed LIFO Gain / (Loss) |
|---|---|---|---|---|
| **MercLan/Kempen Group** | **3,348,071** | **(2,390,173)** | **$1,534,842** | **($28,778,303.18)** |
| **MercLan/Kempen Funds** | **3,236,011** | **(2,485,948)** | **$3,091,054** | **($28,230,046.58)** |
| - MercLan - Very Defensive Portfolio | 3,070 | 0 | ($21,567) | ($21,566.60) |
| - MercLan - Growth Portfolio | 286,768 | 0 | ($2,814,895) | ($2,814,895.14) |
| - MercLan - Defensive Portfolio | 137,593 | 0 | ($1,234,177) | ($1,234,176.74) |
| - MercLan - Balanced Portfolio | 392,186 | 0 | ($3,360,384) | ($3,360,384.23) |
| - MercLan - Institutional Equity Fund DBI-RDT | 440,949 | (433,423) | $1,770,228 | ($3,693,170.19) |
| - Kempen International Funds - MercLan Global Equity | 1,419,047 | (1,572,328) | $6,735,483 | ($13,070,172.95) |
| - Kempen International Funds - MercLan Patrimonium | 556,398 | (480,197) | $2,016,366 | ($4,035,680.73) |
| **Macomb County Employees' Retirement System** | **112,060** | **95,775** | **($1,556,212)** | **($548,256.60)** |