EXHIBIT 2

**KBC Equity Fund NV**

**Schedule A**
**KBC Asset Management NV**
**Avantor, Inc. (AVTR)**
Class Period: 03/05/2024 − 10/28/2025

**KBC Equity Fund NV**

|  | Date | Shares | Price |
|---|---|---|---|
| Purchases: | 4/30/2024 | 1,753.00 | 24.23 |
| | 7/23/2024 | 787.00 | 21.17 |
| | 9/12/2024 | 3,593.00 | 26.48 |
| | 9/12/2024 | 6,452.00 | 26.48 |
| | 9/12/2024 | 6,093.00 | 26.48 |
| | 9/12/2024 | 6,452.00 | 26.48 |
| | 10/10/2024 | 5,945.00 | 24.47 |
| | 10/10/2024 | 5,946.00 | 24.47 |
| | 10/10/2024 | 5,938.00 | 24.47 |
| | 10/10/2024 | 5,945.00 | 24.47 |
| | 10/24/2024 | 984.00 | 23.27 |
| | 11/7/2024 | 22,819.00 | 22.99 |
| | 11/7/2024 | 938.00 | 22.99 |
| | 11/7/2024 | 22,508.00 | 22.99 |
| | 11/7/2024 | 9,876.00 | 22.99 |
| | 11/7/2024 | 1,535.00 | 22.99 |
| | 11/7/2024 | 9,811.00 | 22.99 |
| | 12/6/2024 | 2,438.00 | 21.39 |
| | 12/6/2024 | 1,226.00 | 21.39 |
| | 12/6/2024 | 2,132.00 | 21.39 |
| | 3/7/2025 | 1,650.00 | 17.31 |
| | 3/7/2025 | 11,965.00 | 17.31 |
| | 3/7/2025 | 186,147.00 | 17.31 |
| | 3/7/2025 | 142,300.00 | 17.31 |
| | 3/7/2025 | 185,005.00 | 17.31 |

|  | Date | Shares | Price |  | Shares Reported On Loss Analysis | Proceeds Reported On Loss Analysis | Shares Omitted From Loss Analysis | Proceeds Omitted From Loss Analysis |
|---|---|---|---|---|---|---|---|---|
|  | 3/7/2025 | 242,070.00 | 17.31 |  |  |  |  |  |
|  | 3/7/2025 | 131,060.00 | 17.31 |  |  |  |  |  |
|  | 3/7/2025 | 240,743.00 | 17.31 |  |  |  |  |  |
|  | 3/7/2025 | 144,497.00 | 17.31 |  |  |  |  |  |
|  | 3/7/2025 | 240,586.00 | 17.31 |  |  |  |  |  |
|  | 3/20/2025 | 3,778.00 | 16.64 |  |  |  |  |  |
|  | 3/20/2025 | 4,857.00 | 16.64 |  |  |  |  |  |
|  | 4/3/2025 | 3,066.00 | 15.65 |  |  |  |  |  |
|  | 4/16/2025 | 1,303.00 | 15.33 |  |  |  |  |  |
|  | 4/16/2025 | 2,336.00 | 15.33 |  |  |  |  |  |
|  | 4/25/2025 | 3,890.00 | 13.01 |  |  |  |  |  |
|  | 8/26/2025 | 19,004.00 | 13.30 |  |  |  |  |  |
|  | 10/13/2025 | 2,447.00 | 13.78 |  |  |  |  |  |
| Sales: | 3/21/2024 | -2,710.00 | 25.92 | ← | 0 | $0.00 | 2,710 | $70,243.20 |
|  | 3/21/2024 | -4,345.00 | 25.92 | ← | 0 | $0.00 | 4,345 | $112,622.40 |
|  | 3/21/2024 | -4,353.00 | 25.92 | ← | 0 | $0.00 | 4,353 | $112,829.76 |
|  | 3/21/2024 | -4,345.00 | 25.92 | ← | 0 | $0.00 | 4,345 | $112,622.40 |
|  | 6/6/2024 | -93,394.00 | 24.08 | ← | 1,753 | $42,210.84 | 91,641 | $2,206,641.97 |
|  | 6/6/2024 | -91,710.00 | 24.08 | ← | 0 | $0.00 | 91,710 | $2,208,303.43 |
|  | 6/6/2024 | -91,719.00 | 24.08 | ← | 0 | $0.00 | 91,719 | $2,208,520.14 |
|  | 6/6/2024 | -69,798.00 | 24.08 | ← | 0 | $0.00 | 69,798 | $1,680,680.00 |
|  | 8/12/2024 | -13,221.00 | 24.64 | ← | 787 | $19,391.68 | 12,434 | $306,373.76 |
|  | 8/12/2024 | -13,777.00 | 24.64 | ← | 0 | $0.00 | 13,777 | $339,465.28 |
|  | 8/12/2024 | -13,915.00 | 24.64 | ← | 0 | $0.00 | 13,915 | $342,865.60 |
|  | 8/12/2024 | -12,661.00 | 24.64 | ← | 0 | $0.00 | 12,661 | $311,967.04 |
|  | 9/23/2024 | -77,665.00 | 26.59 | ← | 22,590 | $600,584.52 | 55,075 | $1,464,240.47 |
|  | 9/23/2024 | -77,894.00 | 26.59 | ← | 0 | $0.00 | 77,894 | $2,070,913.25 |
|  | 9/23/2024 | -78,218.00 | 26.59 | ← | 0 | $0.00 | 78,218 | $2,079,527.21 |
|  | 9/23/2024 | -55,786.00 | 26.59 | ← | 0 | $0.00 | 55,786 | $1,483,143.33 |
|  | 9/23/2024 | -1,900.00 | 26.59 | ← | 0 | $0.00 | 1,900 | $50,513.97 |
|  | 10/3/2024 | -35,718.00 | 25.13 | ← | 0 | $0.00 | 35,718 | $897,593.34 |

Case 2:25-cv-06187-GAM    Document 12-4    Filed 12/29/25    Page 6 of 9

| Date | Shares | Price | | Shares Reported On Loss Analysis | Proceeds Reported On Loss Analysis | Shares Omitted From Loss Analysis | Proceeds Omitted From Loss Analysis |
|---|---|---|---|---|---|---|---|
| 10/3/2024 | -35,245.00 | 25.13 | ← | 0 | $0.00 | 35,245 | $885,706.85 |
| 10/3/2024 | -30,684.00 | 25.13 | ← | 0 | $0.00 | 30,684 | $771,088.92 |
| 10/3/2024 | -28,615.00 | 25.13 | ← | 0 | $0.00 | 28,615 | $719,094.95 |
| 10/3/2024 | -7,393.00 | 25.13 | ← | 0 | $0.00 | 7,393 | $185,786.09 |
| 12/6/2024 | -8,351.00 | 21.39 | | 8,351 | $178,627.89 | 0 | $0.00 |
| 12/6/2024 | -7,927.00 | 21.39 | | 7,927 | $169,558.53 | 0 | $0.00 |
| 1/23/2025 | -1,242.00 | 21.87 | | 1,242 | $27,162.54 | 0 | $0.00 |
| 1/23/2025 | -6,883.00 | 21.87 | | 6,883 | $150,531.21 | 0 | $0.00 |
| 1/23/2025 | -1,226.00 | 21.87 | | 1,226 | $26,812.62 | 0 | $0.00 |
| 1/23/2025 | -9,876.00 | 21.87 | | 9,876 | $215,988.12 | 0 | $0.00 |
| 1/23/2025 | -7,028.00 | 21.87 | | 7,028 | $153,702.36 | 0 | $0.00 |
| 2/20/2025 | -3,683.00 | 17.49 | | 3,683 | $64,415.67 | 0 | $0.00 |
| 2/20/2025 | -3,838.00 | 17.49 | | 3,838 | $67,126.62 | 0 | $0.00 |
| 2/20/2025 | -4,725.00 | 17.49 | | 4,725 | $82,640.25 | 0 | $0.00 |
| 4/1/2025 | -2,865.00 | 16.04 | | 2,865 | $45,940.28 | 0 | $0.00 |
| 4/2/2025 | -1,026.00 | 15.73 | | 1,026 | $16,142.98 | 0 | $0.00 |
| 4/2/2025 | -2,191.00 | 15.73 | | 2,191 | $34,472.97 | 0 | $0.00 |
| 4/10/2025 | -5,274.00 | 14.95 | | 5,274 | $78,826.79 | 0 | $0.00 |
| 4/16/2025 | -1,471.00 | 15.32 | | 1,471 | $22,528.37 | 0 | $0.00 |
| 4/16/2025 | -1,471.00 | 15.32 | | 1,471 | $22,528.37 | 0 | $0.00 |
| 4/25/2025 | -4,626.00 | 13.00 | | 4,626 | $60,130.60 | 0 | $0.00 |
| 4/25/2025 | -4,136.00 | 13.00 | | 4,136 | $53,761.38 | 0 | $0.00 |
| 4/25/2025 | -3,828.00 | 13.00 | | 3,828 | $49,757.88 | 0 | $0.00 |
| 5/7/2025 | -189,213.00 | 12.00 | | 189,213 | $2,269,666.70 | 0 | $0.00 |
| 5/7/2025 | -140,871.00 | 12.00 | | 140,871 | $1,689,789.91 | 0 | $0.00 |
| 5/7/2025 | -10,245.00 | 12.00 | | 10,245 | $122,891.85 | 0 | $0.00 |
| 5/7/2025 | -273,818.00 | 12.00 | | 273,818 | $3,284,529.06 | 0 | $0.00 |
| 5/7/2025 | -17,442.00 | 12.00 | | 17,442 | $209,222.02 | 0 | $0.00 |
| 5/7/2025 | -276,123.00 | 12.00 | | 276,123 | $3,312,178.22 | 0 | $0.00 |
| 5/7/2025 | -273,543.00 | 12.00 | | 273,543 | $3,281,230.35 | 0 | $0.00 |
| 5/7/2025 | -147,714.00 | 12.00 | | 147,714 | $1,771,873.74 | 0 | $0.00 |

Case 2:25-cv-06187-GAM    Document 12-4    Filed 12/29/25    Page 7 of 9

| Date | Shares | Price | | Shares Reported On Loss Analysis | Proceeds Reported On Loss Analysis | Shares Omitted From Loss Analysis | Proceeds Omitted From Loss Analysis |
|---|---|---|---|---|---|---|---|
| 5/7/2025 | -148,414.00 | 12.00 | | 148,414 | $1,780,270.45 | 0 | $0.00 |
| 5/7/2025 | -215,727.00 | 12.00 | ← | 84,244 | $1,010,532.05 | 131,483 | $1,577,178.03 |
| | | | | **1,668,424** | **$20,915,026.80** | **951,419** | **$22,197,921.41** |

| | |
|---|---|
| **Actual Shares Sold Based on Transactions Listed on Schedule A of the Certification:** | **2,619,843** |
| **Actual Proceeds from Shares Sold Based on Transactions Listed on Schedule A of the Certification:** | **$43,112,948.21** |

**Michigan Carpenters' Pension Fund**

SCHEDULE A

SECURITIES TRANSACTIONS

Stock

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 10/25/2024 | 6,500 | $22.47 |
| 11/13/2024 | 6,300 | $21.80 |
| 01/31/2025 | 2,000 | $22.36 |
| 02/21/2025 | 1,361 | $17.24 |
| 02/25/2025 | 1,787 | $17.24 |
| 02/26/2025 | 1,507 | $17.21 |
| 02/27/2025 | 2,345 | $16.95 |
| 04/03/2025 | 148 | $15.44 |
| 04/04/2025 | 7,452 | $15.13 |
| 04/25/2025 | 18,600 | $13.00 |

| Date Disposed | Amount of Shares Disposed | Price | | Shares Reported On Loss Analysis | Proceeds Reported On Loss Analysis | Shares Omitted From Loss Analysis | Proceeds Omitted From Loss Analysis |
|---|---|---|---|---|---|---|---|
| 06/27/2024 | 2,000 | $21.54 | | 0 | $0.00 | 2,000 | $43,080.00 |
| 07/08/2025 | 3,000 | $13.73 | ← | 3,000 | $41,203.80 | 0 | $0.00 |
| | | | | **3,000** | **$41,203.80** | **2,000** | **$43,080.00** |

| | |
|---|---|
| Actual Shares Sold Based on Transactions Listed on Schedule A of the Certification: | **5,000** |
| Actual Proceeds from Shares Sold Based on Transactions Listed on Schedule A of the Certification: | **$84,283.80** |

## *Lax* Factor Summary*

| Movant | Total Shares Purchased | Net Shares Purchased/ (Sold) | Net Funds Received / (Expended) | LIFO Gain / (Loss) |
|---|---|---|---|---|
| KBC Group | 1,737,875 | (886,968) | $12,449,963.87 | ($9,036,494.53) |
| KBC Equity Fund NV | 1,689,875 | (929,968) | $13,170,573.81 | ($8,783,774.10) |
| Michigan Carpenters' Pension Fund | 48,000 | 43,000 | ($720,609.94) | ($252,720.43) |

* Net Shares and Net Funds derived from analysis of the Pension Funds' counsel, provided above. Total Shares Purchased and LIFO Loss as provided in the KBC Group's LIFO Loss Analysis, ECF 12-5 at 4-5. Net Shares determined by subtracting actual shares sold from Total Shares Purchased. Net Funds determined by subtracting actual proceeds from sales from Total Cost of purchases, which appear on ECF 12-5 at 5.