**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| IN RE AVANTOR, INC.<br>SECURITIES LITIGATION | CIVIL ACTION<br>No. 25-6187-GAM<br><br>This Document Relates To: All Actions |

**[PROPOSED] ORDER**

AND NOW, this _____ day of _____, 2026, upon consideration of

Defendant's Motion to Transfer Pursuant to 28 U.S.C. § 1404(a) and any opposition thereto, and

in recognition of the forum selection clause set forth in the certificate of incorporation of Defendant

Avantor, Inc., and further good cause appearing,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

**IT IS HEREBY FURTHER ORDERED** that this case is **TRANSFERRED** to the United

States District Court for the District of Delaware.

_____
HON. GERALD AUSTIN McHUGH
UNITED STATES DISTRICT JUDGE