**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE AVANTOR, INC. SECURITIES LITIGATION | CIVIL ACTION No. 25-6187-GAM<br><br>This Document Relates To: All Actions[1] |

## ORDER

This 2nd day of March, 2026, following review of the parties' stipulation, and subsequent briefing of the issues, given the forum selection clause set forth in the certificate of incorporation of Defendant Avantor, Inc., it is hereby **ORDERED** that Defendant's Motion to Transfer Pursuant to 28 U.S.C. § 1404(a), ECF 38, is **GRANTED**.

It is further **ORDERED** that this case is **TRANSFERRED** to the United States District Court for the District of Delaware.

  /s/ Gerald Austin McHugh
United States District Judge

---

[1] Specifically, this Order is intended to effectuate transfer of the related actions as well: 2:25-cv-06686-GAM and 2:26-cv-00797-GAM.